U.S. Department of Justice

United States Attorney
Southern District of New York

JUN 2 0 2007

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/07

June 19, 2007

By Hand

Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: James Russo v. MP222 L.L.C. et al.
        07 Civ. 5469 (WHP)

Dear Judge Pauley:

    As the Court is aware, on June 8, 2007, the Government removed the above-referenced case from New York Supreme Court, New York County. Plaintiff is seeking a declaratory judgment that the shares and proprietary leases to four apartments at 222 East 95th Street are free and clear of all liens, including certain federal tax liens. The Government's answer to the complaint is due on or before June 21, 2007. The Government respectfully requests an additional 30 days (i.e., July 23, 2007), in which to file an answer or motion with respect to the complaint. This is the Government's first request for an extension of time. Richard Agins, plaintiff's counsel, has consented to the requested extension.

    Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
Telephone No.: (212) 637-2710
FAX No.: (212) 637-2717

*Application granted.*
SO ORDERED:
_____
WILLIAM H. PAULEY III U.S.D.J.
7/3/07