Joseph H. Lessem (JL 1522)
GRAUBARD MILLER
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 818-8800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JAMES RUSSO,                                         :
                                                     :   07 Civ. 5469 (WHP)
                    Plaintiff,                       :
                                                     :
        - against -                                  :
                                                     :   **RULE 7.1 STATEMENT OF**
MP 222 LLC, 222 EAST 95TH STREET                     :   **DEFENDANT MP222 LLC**
OWNERS CORP., COMMISSIONER OF SOCIAL                 
SERVICES OF THE CITY OF NEW YORK,                    :
NEW YORK STATE DEPARTMENT OF                         
TAXATION AND FINANCE, MERRILL LYNCH                  :
CREDIT CORPORATION and INTERNAL                      
REVENUE SERVICE OF THE UNITED STATES                 :
OF AMERICA,                                          
                                                     :
                    Defendants.                      
------------------------------------------------------------- x

     Pursuant to Federal Rule of Civil Procedure 7.1. and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant MP222 LLC (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are public held

Dated: July 23, 2007

                                           GRAUBARD MILLER

                                           By: _____
                                               Joseph H. Lessem (JL 1522)

                                          405 Lexington Avenue
                                          New York, NY 10174
                                          (212) 818-8800
                                          Attorneys for Defendant MP 222 LLC

176068.1

## CERTIFICATE OF SERVICE

I certify that on July 23, 2007, I caused the foregoing RULE 7.1 STATEMENT OF DEFENDANT MP222 LLC to be served on the counsel and parties listed below by first class mail.

Dated: July 23, 2007

_____
CHRISTOPHER A. WIGHT

AGINS, SIEGEL & REINER, LLP
Attorneys for Plaintiff
368 Park Avenue South
Suite 1200
New York, NY 10016

FRIEDBERG COHEN COLEMAN
    & PINKAS, LLP
Attorneys for Defendant
    222 East 95th Owners Corp.
444 Madison Avenue
Suite 805
New York, NY 10022

OFFICE OF THE ATTORNEY GENERAL
Attorney for Defendant New York State
    Department of Taxation and Finance
120 Broadway
New York, NY 10271

KATHLEEN ANN ZEBROWSKI, ESQ.
Attorney for Defendant Internal Revenue
    Service of United States of America
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007

OFFICE OF CORPORATION COUNSEL
Attorney for Defendants Commissioner of
    Social Services and New York City
    Department of Finance
100 Church Street
New York, NY 10007

MERRILL LYNCH CREDIT CORP.
300 Leadenhall Road
Mt. Laurel, NJ 08054

176356.1