Joseph H. Lessem (JL 1522)
GRAUBARD MILLER
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 818-880

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
JAMES RUSSO,                                                 :    07 Civ. 5469 (WHP)
                                                             :
                        Plaintiff,                           :
                                                             :
        - against -                                          :    **DEMAND FOR JURY**
                                                             :
MP 222 LLC, 222 EAST 95TH STREET                             :
OWNERS CORP., COMMISSIONER OF SOCIAL                         :
SERVICES OF THE CITY OF NEW YORK,                            :
NEW YORK STATE DEPARTMENT OF                                 :
TAXATION AND FINANCE, MERRILL LYNCH                          :
CREDIT CORPORATION and INTERNAL                              :
REVENUE SERVICE OF THE UNITED STATES                         :
OF AMERICA.                                                  :
                                                             :
                        Defendants.                          :
                                                             :
------------------------------------------------------------ x

        Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant MP 222 LLC demands trial by jury in this action of all claims and issues triable by jury.

Dated: New York, NY
       July 23, 2007                    GRAUBARD MILLER

                                        By: _____
                                             Joseph H. Lessem (JL 1522)

                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, NY 10174
                                        (212) 818-8800

                                        Attorneys for Defendant MP 222 LLC

176068.1

## CERTIFICATE OF SERVICE

I certify that on July 23, 2007, I caused the foregoing ANSWER OF DEFENDANT MP222 LLC and DEMAND FOR JURY to be served on the counsel and parties listed below by first class mail.

Dated: July 23, 2007

_____
JOSEPH H. LESSEM

AGINS, SIEGEL & REINER, LLP
Attorneys for Plaintiff
368 Park Avenue South
Suite 1200
New York, NY 10016

FRIEDBERG COHEN COLEMAN
   & PINKAS, LLP
Attorneys for Defendant
   222 East 95th Owners Corp.
444 Madison Avenue
Suite 805
New York, NY 10022

OFFICE OF THE ATTORNEY GENERAL
Attorney for Defendant New York State
   Department of Taxation and Finance
120 Broadway
New York, NY 10271

KATHLEEN ANN ZEBROWSKI, ESQ.
Attorney for Defendant Internal Revenue
   Service of United States of America
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007

OFFICE OF CORPORATION COUNSEL
Attorney for Defendants Commissioner of
   Social Services and New York City
   Department of Finance
100 Church Street
New York, NY 10007

MERRILL LYNCH CREDIT CORP.
300 Leadenhall Road
Mt. Laurel, NJ 08054

176356.1