John A. Coleman, Jr. (JC-7697)
FREIDBERG COHEN
COLEMAN & PINKAS, LLP
444 Madison Avenue, Suite 805
New York, New York 10022
(212) 829-9090

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | | |
|---|---|---|
| JAMES RUSSO, | : | |
| | | 07 Civ. 5469 (WHP) |
| Plaintiff, | : | |
| - against - | : | **RULE 7.1 STATEMENT OF DEFENDANT 222 EAST 95TH STREET OWNERS CORP**. |
| MP 222 LLC, 222 EAST 95TH STREET OWNERS CORP., COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, MERRILL LYNCH CREDIT CORPORATION and INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA. | : : : : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant 222 East 95th Owners Corp. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said aprty which are publicly held.

Dated: New York, New York
July 23, 2007

                FREIDBERG COHEN
                COLEMAN & PINKAS, LLP

                _____
                John A. Coleman, Jr. (JC-7697)
                444 Madison Avenue, Suite 805
                New York, New York 10022
                (212) 829-9090

                Attorneys for Defendant
                222 East 95th Owners Corp.