UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                                           :

JAMES RUSSO,                                                      07 Civ. 5469 (WHP)

                                        Plaintiff,

                                                                           **DEMAND FOR JURY**

                      - against -

MP 222 LLC, 222 EAST 95TH STREET
OWNERS CORP., COMMISSIONER OF SOCIAL
SERVICES OF THE CITY OF NEW YORK,
NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE, MERRILL LYNCH
CREDIT CORPORATION and INTERNAL
REVENUE SERVICE OF THE UNITED STATES
OF AMERICA.

                                  Defendants.

------------------------------------------------------------- x

       Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant 222 East 95th Owners Corp. (the "Co-op"), sued herein as "222 East 95th Street Owners Corp.," demands trial by jury in this action of all claims and issues triable by jury.

Dated:  New York, NY
          July 23, 2007

                                                              FREIDBERG COHEN
                                                               COLEMAN & PINKAS, LLP

                                                               _____
                                                               John A. Coleman, Jr. (JC-7697)
                                                               444 Madison Avenue, Suite 805
                                                               New York, New York 10022
                                                               (212) 829-9090

                                                                Attorneys for Defendant-Counterclaim
                                                                Plaintiff and Third Party Plaintiff
                                                                222 East 95th Owners Corp.

176067.1