Joseph H. Lessem (JL 1522)
GRAUBARD MILLER
405 Lexington Avenue
New York, NY 10174
(212) 818-8800
jlessem@graubard.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
JAMES RUSSO,                                                 :   07 Civ. 5469 (WHP)
                                                             :
                    Plaintiff,                               :
                                                             :
        - against -                                          :   **DEMAND FOR JURY**
                                                             :   **(CROSSCLAIM OF DEFENDANT**
MP 222 LLC, 222 EAST 95TH STREET                             :   **UNITED STATES INTERNAL**
OWNERS CORP., COMMISSIONER OF SOCIAL                         :   **REVENUE SERVICE)**
SERVICES OF THE CITY OF NEW YORK,
NEW YORK STATE DEPARTMENT OF                                 :
TAXATION AND FINANCE, MERRILL LYNCH
CREDIT CORPORATION and INTERNAL                              :
REVENUE SERVICE OF THE UNITED STATES
OF AMERICA.                                                  :

                    Defendants.                              :

------------------------------------------------------------ x

      Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant MP 222 LLC demands trial by jury in this action of all claims and issues triable by jury raised by the crossclaim of defendant United States Internal Revenue Service.

Dated: August 8, 2007                           GRAUBARD MILLER

                                                By: /s/ Joseph H. Lessem
                                                    Joseph H. Lessem (JL 1522)

                                                405 Lexington Avenue
                                                New York, NY 10174
                                                (212) 818-8800

                                                Attorneys for Defendant MP 222 LLC

176068.1

## CERTIFICATE OF SERVICE

I certify that on August 8, 2007, I caused the foregoing ANSWER OF DEFENDANT MP222 LLC TO CROSSCLAIM OF DEFENDANT UNITED STATES INTERNAL REVENUE SERVICE and DEMAND FOR JURY (CROSSCLAIM OF DEFENDANT UNITED STATES INTERNAL REVENUE SERVICE) to be served on the counsel and parties listed below by first class mail.

Dated: August 8, 2007

JOSEPH H. LESSEM

AGINS, SIEGEL REINER & BOUKLAS, LLP
Attorneys for Plaintiff
386 Park Avenue South
Suite 1200
New York, NY 10016

KATHLEEN ANN ZEBROWSKI, ESQ.
Attorney for Defendant Internal Revenue
    Service of United States of America
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007

FRIEDBERG COHEN COLEMAN
    & PINKAS, LLP
Attorneys for Defendant
    222 East 95th Owners Corp.
444 Madison Avenue
Suite 805
New York, NY 10022

OFFICE OF CORPORATION COUNSEL
Attorney for Defendants Commissioner of
    Social Services and New York City
    Department of Finance
100 Church Street
New York, NY 10007

OFFICE OF THE ATTORNEY GENERAL
Attorney for Defendant New York State
    Department of Taxation and Finance
120 Broadway
New York, NY 10271

MERRILL LYNCH CREDIT CORP.
300 Leadenhall Road
Mt. Laurel, NJ 08054

176356.1