

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07
```

July 30, 2007

By Hand

Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: <u>James Russo v. MP222 L.L.C. et al.</u>
           07 Civ. 5469 (WHP)

Dear Judge Pauley:

      The Court has scheduled a pre-trial conference in the above-referenced case for Friday, August 17, 2007. I will be out of the Office that day and unable to attend the conference. In addition, Joseph Lessem, counsel for defendant MP222 LLC, is also unavailable, as he is out of the country the weeks of August 13 and August 20. Richard Agins, counsel for plaintiff James Russo, is on vacation from August 24 through September 4. John A. Coleman, the attorney for 222 East 95th Street Owners Corp., is on jury duty on September 7. In addition, James A. Russo, the third-party-defendant, has not yet been served with the third-party complaint.

      Due to scheduling conflicts and religious observances, <u>the parties therefore respectfully request that the conference be adjourned until September 28.</u> Thank you for your consideration of this request.

                              Respectfully,

                              MICHAEL J. GARCIA
                              United States Attorney

*Application granted. The conference will be at 10:15 a.m.*
SO ORDERED:

                          By: _____
                              KATHLEEN A. ZEBROWSKI
_____        Assistant United States Attorney
WILLIAM H. PAULEY III U.S.D.J.   Telephone No.: (212) 637-2710
     8/9/07                    FAX No.: (212) 637-2717

Honorable William H. Pauley III                                                                                          -2-

cc:

Richard C. Agins, Esq. (by fax)
Agins, Seigel & Reiner, LLP
386 Park Avenue South
New York, New York 10016
(attorney for James Russo)

Joseph Lessem, Esq. (by fax)
Graubard Miller
405 Lexington Avenue
New York, New York 10174
(attorney for MP222 LLC)

John A. Coleman, Jr. (by fax)
Freidberg Cohen Coleman & Pinkas, LLP
444 Madison Avenue, Suite 805
New York, New York 10022
(attorney for 222 East 95th Street Owners Corp.)

Commissioner of Social Services of the City of New York (by first-class mail)
180 Water Street
New York, New York 10018

New York State Department of Taxation and Finance (by first-class mail)
80-02 Kew Gardens Road
Kew Gardens, New York 11425

New York City Department of Finance (by first-class mail)
Tax Compliance Division
59 Maiden Lane, New York, New York 10038

Merrill Lynch Credit Corporation (by first-class mail)
300 Leadenhall Road
Mt. Laurel, New Jersey 08054

James A. Russo (by first-class mail)
8609 158th Avenue
Howard Beach, New York 11414