UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMES RUSSO,
        Plaintiff,

**ANSWER OF DEFENDANTS THE NEW YORK CITY DEPARTMENT OF FINANCE AND THE DEPARTMENT OF SOCIAL SERVICES OF THE CITY OF NEW YORK TO COMPLAINT AND TO CROSS-CLAIM**

-against-

MP222 LLC, 222 EAST 95TH STREET OWNERS CORP., COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY DEPARTMENT OF FINANCE, MERRILL LYUNCH CREDIT CORPORATION and the INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA,
        Defendants.

07 Civ. 5469 (WEP)

------------------------------------------------------------------X
UNITED STATES OF AMERICA,
        Counterclaim,
        Crossclaim and
         Third-Party
         Plaintiff,
  -against-

JAMES RUSSO,
        Counterclaim
        Defendant.
  -and-

MP222 LLC, 222 EAST 95TH STREET OWNERS CORP., COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK,

NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, NEW YORK CITY DEPARTMENT
OF FINANCE, MERRILL LYNCH CREDIT CORP-
ORATION,
       Counterclaim
       Defendants,
-and-

JAMES A. RUSSO, JOHN DOES NOS. 1-10
and JANE DOES NOS. 1-10,

       Third-Party
       Defendants.
-----------------------------------------------------------------------X

Defendants the New York City Department of Finance ("DOF") and the Department of Social Services of the City of New York ("DSS") (collectively, the "City"), answer to the Verified Complaint of plaintiff James Russo ("plaintiff"), and to the Cross-Claim of defendant United States Internal Revenue Service ("IRS"), as follows:

ANSWER TO COMPLAINT:

    1.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1-5(a), 6-20(a)-(c), 20(e)-(f) and 21-22 of the Complaint.

    2.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 5(b) and 20(d) of the Complaint, except admits that there is a tax lien docketed on May 2, 2006 against plaintiff James Russo in favor of DOF in the amount of $10,268.18 (the "DOF Tax Lien"), and affirmatively states that said DOF Tax Lien is a priority lien and must be paid.

    3.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint, and affirmatively states that as to the

City, the allegations contained in said paragraph 23 are too vague and broad to adequately respond.

4. The allegations contained in paragraph 24 of the Complaint state plaintiff's demand to which no answer is required. To the extent an answer is deemed necessary, the City repeats and re-alleges its answers to paragraphs 1-24 of the Complaint herein.

### AFFIRMATIVE DEFENSE TO COMPLAINT

5. Plaintiff fails to state a claim against the City upon which relief can be granted.

### AFFIRMATIVE DEFENSE TO COMPLAINT

6. On information and belief, plaintiff failed to obtain personal jurisdiction.

### AFFIRMATIVE DEFENSE TO COMPLAINT

7. The complaint fails to satisfy Section 202-a of the Real Property Actions and Proceedings Law.

### ANSWER TO CROSS-CLAIM OF DEFENDANT IRS:

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 50-54 and 56 of the Cross-Claim.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Cross-Claim, but admits that the City has a tax lien against the subject premises docketed on May 2, 2006 against James Russo in the amount of $10,268.16, and it affirmatively states that said DOF Tax Lien is superior to the federal tax liens.

### AFFIRMATIVE DEFENSE TO THE CROSS-CLAIM OF DEFENDANT IRS

11. DOF's Tax Lien was perfected prior to the docketing of the federal tax liens and therefore, it is superior.

3

### AFFIRMATIVE DEFENSE TO THE CROSS-CLAIM OF DEFENDANT IRS

12. On Information and belief, defendant IRS failed to obtain personal jurisdiction.

### AFFIRMATIVE DEFENSE TO THE CROSS-CLAIM OF DEFENDANT IRS

13. The Cross-Claim of defendant IRS against the City fails to state a claim upon which relief can be granted.

**WHEREFORE**, it is respectfully requested that this Court issue an order specifying that DOF's Tax Lien is prior to all other liens and interests in the subject premises, that the Complaint as against the City be dismissed in its entirety, that the Cross-Claim of defendant IRS as against the City be dismissed in its entirety, and that the Court grant such other and further relief as may be just and proper.

Dated:   New York, New York
         September 26, 2007

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                      City of New York
                                    Attorney for Defendants the New York City
                                    Department of Finance and the Department of
                                    Social Services of the City of New York
                                    100 Church Street, Room 3-249
                                    New York, New York 10007
                                    (212) 788-1618
                                    By: _____
                                         Mariah Mass (MM 9964)
                                         Assistant Corporation Counsel

To (by first-class mail):
Richard Agins, Esq.
Agins, Siegel & Reiner, LLP
Attorneys for Plaintiff

4

386 Park Avenue South, Suite 1200
New York, New York 10016-8804

Friedberg Cohen Coleman & Pinkas, LLP
Attorneys for Defendant 222 East 95th Owners Corp.
444 Madison Avenue
Suite 805
New York, New York 10022

Office of the Attorney General
Attorney for Defendant New York State Department of Taxation and Finance
120 Broadway
New York, New York 10271

Kathleen A. Zebrowski, Esq.
Attorney for Defendant Internal Revenue Service
United States Attorney's Office
Southern District of New York
86 Chambers street
New York, New York 10007

Joseph T. Colasurdo & Assoc., PC
Joseph T. Colasurdo, Esq.
Attorneys for Defendant Merrill Lynch Credit Corporation
2900 Westchester Avenue, Suite 206
Purchase, New York 10577

Joseph H. Lessem, Esq.
Graubard Miller
Attorney for Defendant MP 222 LLC
The Chrysler Bldg
405 Lexington Avenue
New York, NY 10174

Stein Weiner & Roth
One Old Country Road, Sutie 113
Carle Place, NY 11515

Index No. 07 CIV. 5469

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES RUSSO,

Plaintiff,

- against -

MP222 LLC, et al.,

Defendants.

---

CITY'S ANSWER TO COMPLAINT AND TO DEFENDANT IRS'S CROSS-CLAIM

---

MICHAEL A CARDOZO
Corporation Counsel of the City of New York
Attorney for the City of New York
100 Church Street, Room 3-249
New York, New York. 10007

Of Counsel: Marian Mass
Tel: (212) 788-1618
NYCLIS No. 2007-017762

Due and timely service is hereby admitted.

New York, N.Y.............................................., 200..

.............................................................. Esq.

Attorney for..................................................