**AFFIDAVIT OF SERVICE**  Index #: 07 Civ. 5469 (WHP)

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK  
COUNTY

Date Purchased: _____  
Date Filed: _____  
Court Date: _____

ATTORNEY(S): Kathleen A. Zebrowski AUSA : U.S. Attorney's Office - SDNY    PH: 212-637-2710  
ADDRESS: 86 Chambers Street  New York N.Y.  10007    File No.:

**JAMES RUSSO,**  
vs.  
**MP222 LLC, et al.,**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

_____CHRIS J. PSZCZOLA_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On  August 16, 2007  at  8:17 PM  at  29-01 AMBOY ROAD  STATEN ISLAND, NEW YORK 10306 , deponent served the within  Answer, Counterclaim, Crossclaim and Third-Party Complaint  with Index Number  07 Civ. 5469 (WHP) , and Date Purchased _____ endorsed thereon,

on: **JAMES A RUSSO** , **Plaintiff** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ] By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR [X]** By affixing a true copy of each to the door of said premises, which is recipient's:   [ ] actual place of business  [X] dwelling house (place of abode) within the state.

**#5 MAIL COPY [X]** On  August 20, 2007 , deponent completed service under the last two sections by depositing a copy of the  Answer, Counterclaim, Crossclaim and Third-Party Complaint  to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

| | | | | |
|---|---|---|---|---|
| thereat on the | 8 | day of | August, 2007 | at 2:28 PM |
| on the | 9 | day of | August, 2007 | at 7:43 AM |
| on the | 16 | day of | August, 2007 | at 8:17 PM |
| on the | | day of | | at |

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:   [ ] Unknown at Address    [ ] Evading    [ ] Moved left no forwarding   [ ] Address does not exist    [ ] Other: _____

**#7 DESCRIPTION** (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:  
Sex _____  Color of skin _____  Color of hair _____  Age _____  Height _____  
Weight _____  Other Features: _____

**#8 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER [X]** SERVED AS LAST KNOWN ADDRESS PER ATTORNEY. PERSON AT ADDRESS CLAIMED THEY NEVER HEARD OF JAMES RUSSO.

Sworn to before me on this  20  day of  August, 2007

BARBARA A. SHURGIN  
NOTARY PUBLIC, State of New York  
No. 30-5004737, Qualified in Nassau County  
Commission Expires November 23, 2010

CHRIS J. PSZCZOLA  
Server's Lic # 1218688  
Invoice•Work Order # 0737854

*Capital Process Servers, Inc. 265 Post Avenue Suite 150,  Westbury, NY 11590 -Tel 516-333-6380 • Fax 516-333-6382*