**AFFIDAVIT OF SERVICE**     Index # 07 Civ. 5469 (WHP)

Date Purchased: _____
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
**COUNTY**

ATTORNEY(S): Kathleen A. Zebrowski AUSA : U.S. Attorney's Office - SDNY   PH: 212-637-2710
ADDRESS: 86 Chambers Street  New York  N.Y.  10007   File No.:

*JAMES RUSSO,*
vs.
*MP222 LLC, et al.,*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF New Jersey , COUNTY OF Essex  SS.:
Edward R. Davis , being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On Aug. 3, 2007  at 3:12PM
at  300 LEADENHALL ROAD  MT. LAUREL, NEW JERSEY 08054 , deponent served the within
**Answer, Counterclaim, Crossclaim and Third-Party Complaint**
with Index Number  07 Civ. 5469 (WHP)  , and Date Purchased _____ endorsed thereon,
on: **MERRILL LYNCH CREDIT CORPORATION** , **Plaintiff** therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [XX]  By delivering to and leaving with Janet Goldstein, Managing Agent, Authorized to Accept and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:  [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ]  On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SRVC** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** [XX] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex F  Color of skin White  Color of hair Brown  Age 40  Height 5-10
Weight 150  Other Features: _____

**#8 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** [ ]

Sworn to before me on this 3rd day of August 2007       x *[signature]*
                                                  Please Print Name Below Signature
ROBERT CIFELLI    Process Server    Edward R. Davis
Notary Public of New Jersey
My Commission Expires Oct. 6, 2008

Invoice•Work Order # 0737861

*Capital Process Servers, Inc. 265 Post Avenue Suite 150, Westbury, NY 11590 - Tel 516-333-6380 • Fax 516-333-6382*