**AFFIDAVIT OF SERVICE**                                   Index # 07 Civ. 5469 (WHP)
                                                           Date Purchased: _____
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK Date Filed: _____
COUNTY                                                     Court Date: _____

ATTORNEY(S): Kathleen A. Zebrowski Esq. : U.S. Attorney's Office - SDNY   PH: 212-637-2710
ADDRESS: 86 Chambers Street  New York  N.Y.  10007    File No.:

**JAMES RUSSO,**
vs.                                              *Plaintiff(s)/Petitioner(s)*
**MP222 LLC, et al.,**

                                                 *Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

_____CURTIS WARREN_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On  August 30, 2007  at  11:35 AM  at  100 CHURCH STREET NEW YORK, NY 10007 , deponent served the within

**Answer, Counterclaim, Crossclaim and Third-Party Complaint**

with Index Number  07 Civ. 5469 (WHP) , and Date Purchased _____ endorsed thereon,

on: **THE CITY OF NEW YORK c/o THE CORPORATION COUNSEL** , _____ therein named.

**#1 INDIVIDUAL** [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]  By delivering to and leaving with  MADELYN SANTANA - LEGAL  and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ]   By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ]   On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
threat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SRVC** [ ]   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)   Sex  Female   Color of skin  Tan   Color of hair  Black   Age  36 - 50 Yrs.   Height  5' 4" - 5' 8"
Weight  100 - 130 Lbs.   Other Features: _____

**#8 WIT. FEES** [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC**   Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER**

Sworn to before me on this  31  day of  August, 2007

BARBARA A. SHURGIN                                         *CWarren*
NOTARY PUBLIC, State of New York                           CURTIS WARREN
No. 30-5004737 Qualified in Nassau County                  Server's Lic # 0870667
Commission Expires November 23, 2010                       Invoice•Work Order # 0742043

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382