# AFFIDAVIT OF SERVICE

Index #: **07 Civ. 5469 (WHP)**
Date Purchased: _____
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
COUNTY
ATTORNEY(S): Kathleen A. Zebrowski AUSA : U.S. Attorney's Office - SDNY   PH: 212-637-2710
ADDRESS: 86 Chambers Street  New York  N.Y.  10007   File No.: _____

*JAMES RUSSO,*
vs.
*MP222 LLC, et al.,*
*Plaintiff(s)/Petitioner(s)*
*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

_____ ELHAM SHATARA _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On  September 11, 2007  at  6:10 PM
at  56 CORNWALL LANE SANDS POINT, NEW YORK 11050 , deponent served the within
**Answer, Counterclaim, Crossclaim and Third-Party Complaint**
with Index Number  07 Civ. 5469 (WHP) , and Date Purchased _____ , _____ endorsed thereon,
on: **MP222 LLC, c/o MICHAEL PORGES** , **Defendant** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ] By delivering to and leaving with _____ _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [X] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [X] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [X] On  September 12, 2007 , deponent completed service under the last two sections by depositing a copy of the  Answer, Counterclaim, Crossclaim and Third-Party Complaint  to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the     9    day of   August, 2007    at    3:17 PM
       on the    11    day of   August, 2007    at   10:53 AM
       on the    14    day of   August, 2007    at    6:03 PM
       on the    18    day of   August, 2007    at    1:14 PM

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** [ ] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex _____ Color of skin _____ Color of hair _____ Age _____ Height _____
Weight _____ Other Features: _____

**#8 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [X] ALSO ATTEMPTED TO SERVE 9/6/07 @6:32 PM.
SERVED AS LAST KNOWN ADDRESS PER ATTORNEY.

Sworn to before me on this  12  day of  September, 2007

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737 Qualified in Nassau County
Commission Expires November 23, 2010

ELHAM SHATARA
Server's Lic # 1059412
Invoice•Work Order # 0737856

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382*