| | |
|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK<br>COUNTY OF _____ | **AFFIDAVIT OF SERVICE**<br>ATTORNEY: CAPITAL PROCESS<br>FF/INDEX #: 07 CIV. 5469 (WH<br>DATE FILED:<br>DOCKET #: |

JAMES RUSSO

Plaintiff(s)/Petitioners(s)

- AGAINST -

MP222 LLC; ET AL.

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

## STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **8/21/07** at **10:28 AM** at **2 ROCKY TRAIL WURTSBORO, NY 12790**

deponent served the within **ANSWER, COUNTERCLAIM, CROSSCLAIM AND THIRD-PARTY COMPLAINT**

on **REFCO MANAGEMENT COMPANY, INC.** therein named

**CORPORATION** ☑ By delivering to and leaving with **FRANK DEGUZMAN** and that he knew the person
so served to be the **GENERAL AGENT** of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE     THE AUTHORIZED FEE

**DESCRIPTION**     Deponent describes the individual served as follows:

**MALE   WHITE SKIN   BROWN HAIR   25 YEARS   5'5"-5'6"   140-170 LBS**

Other identifying features:

Sworn to before me on: **8/21/07**

_JULIO PERILLA_

| JOHN GOULD | JOANN JOHNSON | KATHLEEN GOULD |
|---|---|---|
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 15, 20__ | COMMISION EXPIRES AUGUST 15, 20_10_ | COMMISION EXPIRES NOVEMBER 30, 20__ |
| 01G05013764 | 01J05031856 | 4632958 |