USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
JAMES RUSSO,                              :    07 Civ. 5469 (WHP)
                                          :
            Plaintiff,                    :    SCHEDULING ORDER No. 1
                                          :
      -against-                           :
                                          :
MP222 LLC et al.,                         :
                                          :
            Defendants.                   :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

Counsel for Plaintiff James Russo and Defendants MP222 LLC, 222 East 95th Street Owners Corp., the Internal Revenue Service, the Commissioner of Social Services of the City of New York, the New York City Department of Finance, and Merrill Lynch Credit Corp. having represented at a conference before the Court on September 28, 2007 that they are negotiating settlement of this action, this Court will hold a status conference by telephone on November 9, 2007 at 10:00 a.m. Counsel for Plaintiff shall provide the Court with a telephone number at which the Court can reach all parties at the appointed time.

Dated: September 28, 2007
       New York, New York

                                    SO ORDERED:

                                    _____
                                    WILLIAM H. PAULEY III
                                         U.S.D.J.

*Counsel of record:*

Richard C. Agins, Esq.
Agins, Siegel & Reiner, LLP
386 Park Avenue South
Suite 1200
New York, NY 10016
*Counsel for Plaintiff*

Michael A. Katz, Esq.
630 Third Avenue
New York, NY 10017
*Counsel for Plaintiff*

Joseph H. Lessem, Esq.
Graubard Miller
405 Lexington Avenue
New York, NY 10174
*Counsel for Defendant MP222 LLC*

John Alvin Coleman, Jr., Esq.
Friedberg Cohen Coleman & Pinkas, LLP
444 Madison Avenue, Suite 805
New York, NY 10022
*Counsel for Defendant 222 East 95th
Street Owners Corp.*

Kathleen Ann Zebrowski, Esq.
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007
*Counsel for Defendant IRS*

Marian Mass, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants Commissioner of
Social Services of the City of New York
and New York City Department of Finance*

Kristen M. Spooner, Esq.
Joseph T. Colasurdo & Assocs., P.C.
2900 Westchester Avenue
Purchase, N.Y.
*Counsel for Defendant Merrill Lynch Credit Corp.*