# AGINS, SIEGEL, REINER & BOUKLAS, LLP

### Attorneys-at-Law

Richard C. Agins
Irwin Siegel
Glenn A. Reiner
Philip V. Bouklas

---

Richard H. Del Valle
Jason D. Boroff
Jessica I. Karyo
Brian M. Hasher
Rachel Natanell


NOV 27 2007
CHAMBERS OF
WILLIAM H. PAULEY


380 PARK AVENUE SOUTH
NEW YORK, NEW YORK 10016-8804
(212) 447-5599
Fax (212) 447-5549

BY APPOINTMENT ONLY
200 GARDEN CITY PLAZA
GARDEN CITY, NEW YORK 11530

Carl D. Bernstein
Solomon J. Freedman
William Slivka
Richard G. Kaufman
Charles M. Newman
Counsel

WWW.ASRBLAW.COM

November 28, 2007

**VIA FAX**

Hon. William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
New York, New York 10007

Re: JAMES RUSSO v. MP222 LLC, 222 EAST 95TH STREET OWNERS CORP., COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, NEW YOUR STATE DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY DEPARTMENT OF FINANCE, MERRILL LYNCH CREDIT CORPORATION and the INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA. File No. 07 Civ. 5469 (WHP.)

Dear Judge Pauley:

As per my telephone conference with your Chambers today, all attorneys in the above entitled matter respectfully request that the telephone conference call scheduled for November 30, 2007, be adjourned to the week of December 10, 2007. One other attorney and I will not be available during the morning of December 14, 2007.

Please let me know when we should schedule the call.

Very truly yours,

Richard C. Agins

*Application granted. The conference is adjourned until December 11, 2007 at 2:00 pm. Counsel for Plaintiff shall provide the Court with a call-in number where all parties can be reached.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
11/30/2007