UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JAMES RUSSO, :

      Plaintiff, :

- against - : AFFIDAVIT OF
: SERVICE

MP222 LLC, 222 EAST 95th STREET :
OWNERS CORP., COMMISSIONER OF SOCIAL
SERVICES OF THE CITY OF NEW YORK, NEW :
YORK STATE DEPARTMENT OF TAXATION : 07 Civ. 5469 (WHP)
AND FINANCE, NEW YORK CITY DEPARTMENT
OF FINANCE, MERRILL LYNCH CREDIT :
CORPORATION and the INTERNAL REVENUE
SERVICE OF THE UNITED STATES OF AMERICA, :

      Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA, :

    Counterclaim, Crossclaim :
    and Third-Party Plaintiff,
:
- against -
:
JAMES RUSSO,

      Counterclaim Defendant. :

  -and- :

MP222 LLC, 222 EAST 95th STREET
OWNERS CORP., COMMISSIONER OF SOCIAL :
SERVICES OF THE CITY OF NEW YORK, NEW
YORK STATE DEPARTMENT OF TAXATION :
AND FINANCE, NEW YORK CITY DEPARTMENT
OF FINANCE, MERRILL LYNCH CREDIT :
CORPORATION,
:
      Crossclaim Defendants,

:

and

:

JAMES A. RUSSO, JOHN DOES NOS. 1-10 and
JANE DOES NOS. 1-10,                                :

                Third-Party Defendants.   :
------------------------------------x

STATE OF NEW YORK  )
                         ss.:
COUNTY OF NEW YORK  )

    JILLIAN LORE, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and reside in the County of New York, New York.

    2.    On December 13, 2007, at 9:01 a.m., I served of a copy of the Summons and Complaint, the Notice or Removal and the Notification of Removal to the United States District Court for the Southern District of New York, to complete service on Defendant NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,. by delivering same by hand to:

        Managing Attorney's Office
        Office of the Attorney General of the State of New York
        New York State Department of Law
        120 Broadway - 24th Floor
        New York, New York 10271-0332

                                            JILLIAN LORE

Sworn to before me this
13th day of December 2007

_____
Notary Public

RICHARD C. AGINS
Notary Public, State of New York
No. 02AG5028148
Qualified in New York County
Commission Expires 08/31/20__

2