UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JAMES RUSSO,

                Plaintiff,

     - against -                         NOTICE
                                      OF APPEARANCE

MP222 LLC, 222 EAST 95th STREET
OWNERS CORP., COMMISSIONER OF SOCIAL
SERVICES OF THE CITY OF NEW YORK, NEW
YORK STATE DEPARTMENT OF TAXATION         07 Civ. 5469 (WHP)
AND FINANCE, NEW YORK CITY DEPARTMENT
OF FINANCE, MERRILL LYNCH CREDIT
CORPORATION and the INTERNAL REVENUE
SERVICE OF THE UNITED STATES OF AMERICA,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                Counterclaim, Crossclaim
                and Third-Party Plaintiff,

     - against -

JAMES RUSSO,

                Counterclaim Defendant.

     -and-

MP222 LLC, 222 EAST 95th STREET
OWNERS CORP., COMMISSIONER OF SOCIAL
SERVICES OF THE CITY OF NEW YORK, NEW
YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, NEW YORK CITY DEPARTMENT
OF FINANCE, MERRILL LYNCH CREDIT
CORPORATION,

                Crossclaim Defendants,

and

:

JAMES A. RUSSO, JOHN DOES NOS. 1-10 and
JANE DOES NOS. 1-10,                                                          :

                Third-Party Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SIRS:

Please take notice that Plaintiff -Counterclaim Defendant JAMES RUSSO and Third Party Defendant JAMES A. RUSSO hereby appear in the above entitled action, and, that the undersigned have been retained this day as attorneys for said parties and, demand that all copies of papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:   New York, New York
           December 13, 2007

_____
RICHARD C. AGINS, ESQ.
AGINS, SIEGEL, REINER & BOUKLAS, LLP
*Attorneys for Plaintiff James Russo*
*and Third Party Defenaant James. A. Russo*
386 Park Avenue South, Suite 1200
New York, New York 10016
Telephone No.:  212- 447-5599
Fax No. 212-447-5549

TO:

        MICHAEL A. CARDOZO, ESQ.
        Corporation Counsel of the City of New York
        *Attorney for the Department of Social*
        *Services of the City of New York and the*

*New York City Department of   Finance*
By: MARIAN MASS, ESQ.
Assistant Corporation Counsel
100 Church Street., Room 3-249
New York, New York 10007
Telephone No.:  212- 788-1618
Fax No. 212-788-8871


_____JOSEPH H. LESSEM, ESQ.
GRAUBARD MILLER
*Attorneys for MP222, LLC*
405 Lexington Avenue
New York, New York 10174
Telephone No.:  212- 818-880
Fax No. 212-818-8881

JOHN D COLEMAN, JR. , ESQ.
FRIEDBERG, COHEN, COLEMAN
   & PINKAS, LLP
*Attorneys for 222 East 95th Street Owners Corp.*
444 Madison Avenue
New York, New York 10022
Telephone No.:  212--829-9090
Fax No. 212-829-0999


JOSEPH T. COLASURDO, ESQ.
JOSEPH T. COLASURDO &  ASSOCIATES, P.C.
*Attorneys for Merrill Lynch Credit Corporation*
2900 Westchester Avenue
Purchase, New York 10577
Telephone No.:  914- 251-0011
Fax No. 914-251-0011

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for the United States of America*
_____By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.:  212- 637-2710
Fax No.  212-637-2717

MICHAEL VOLBRECHT, ESQ.
*Attorneys for Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, Asbestos Training Program Fund, Industry Fund, Legal Services Fund, Building Contractors Advancement Program an and Paul D. Ragone in his fiduciary capaicity as Administrator*
17 State Streeet
New York, New York 10004
Telephone No. 212-269-2500
Fax No. 212269-2540