UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                      :

JAMES RUSSO,                          07 Civ. 5469 (WHP)
                                      :
            Plaintiff,                SCHEDULING ORDER No. 3
                                      :
      -against-
                                      :

MP222 LLC et al.,
                                      :
            Defendants.
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a conference on February 1, 2008, the following schedule is established on consent:

        (1) Discovery shall be completed by March 14, 2008;

        (2) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by April 4, 2008;

        (3) This Court will hold a final pre-trial conference on April 4, 2008 at 10:00 a.m.; and

        (4) Jury selection and trial will begin on April 7, 2008 at 9:30 a.m.

Dated: February 4, 2008
       New York, New York

                                                     SO ORDERED:

                                                  WILLIAM H. PAULEY III
                                                  U.S.D.J.

*Counsel of record:*

Richard C. Agins, Esq.
Agins, Siegel & Reiner, LLP
386 Park Avenue South
Suite 1200
New York, NY 10016
*Counsel for Plaintiff*

Michael A. Katz, Esq.
630 Third Avenue
New York, NY 10017
*Counsel for Plaintiff*

Joseph H. Lessem, Esq.
Graubard Miller
405 Lexington Avenue
New York, NY 10174
*Counsel for Defendant MP222 LLC*

John Alvin Coleman, Jr., Esq.
Friedberg Cohen Coleman & Pinkas, LLP
444 Madison Avenue, Suite 805
New York, NY 10022
*Counsel for Defendant 222 East 95th
Street Owners Corp.*

Kathleen Ann Zebrowski, Esq.
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007
*Counsel for Defendant IRS*

Marian Mass, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants Commissioner of
Social Services of the City of New York
and New York City Department of Finance*

Kristen M. Spooner, Esq.
Joseph T. Colasurdo & Assocs., P.C.
2900 Westchester Avenue
Purchase, N.Y.
*Counsel for Defendant Merrill Lynch Credit
Corp.*