# AGINS, SIEGEL, REINER & BOUKLAS, LLP

## Attorneys-at-Law

Richard C. Agins
Irwin Siegel
Glenn A. Reiner
Philip V. Bouklas

Richard H. Del Valle
Jason D. Boroff
Jessica I. Karyo
David S. Lee
Jillian H. Lore

386 PARK AVENUE SOUTH
NEW YORK, NEW YORK 10016-8804
(212) 447-5599
Fax (212) 447-5540

BY APPOINTMENT ONLY
200 GARDEN CITY PLAZA
GARDEN CITY, NEW YORK 11530

Carl D. Bernstein
Solomon J. Freedman
William Slivka
Richard G. Kaufman
Charles M. Newman
Counsel

WWW.ASRBLAW.COM

VIA FAX

March 6, 2008

Hon. William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2008

Re: **JAMES RUSSO v. MP222 LLC, 222 EAST 95TH STREET OWNERS CORP., COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, NEW YOUR STATE DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY DEPARTMENT OF FINANCE, MERRILL LYNCH CREDIT CORPORATION and the INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA. File No. 07 Civ. 5469 (WHP.)**

Dear Judge Pauley:

On February 4, 2008 you executed a Default Declaratory Judgment (filed on February 6, 2008) against Defendant NEW YOUR STATE DEPARTMENT OF TAXATION AND FINANCE. Inadvertently, the statement that each of the various Warrants and Judgments listed therein, were filed with the Office of the Secretary of State, was omitted. Accordingly, we respectfully request permission to serve a Motion to Confirm and Amend said Default Declaratory Judgment

Once again, thank you for your cooperation and consideration of this matter.

Very truly yours,

Richard C. Agins

CC: All counsel

*Application granted. Plaintiff shall serve and file its motion by 3/21/2008.*

*[signature]*
3/20/2008