UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMES RUSSO,

                    Plaintiff,

    - against -

                                    AFFIDAVIT OF SERVICE

MP222 LLC, 222 EAST 95th STREET
OWNERS CORP., COMMISSIONER OF SOCIAL
SERVICES OF THE CITY OF NEW YORK, NEW
YORK STATE DEPARTMENT OF TAXATION     07 Civ. 5469 (WHP)
AND FINANCE, NEW YORK CITY DEPARTMENT
OF FINANCE, MERRILL LYNCH CREDIT
CORPORATION and the INTERNAL REVENUE
SERVICE OF THE UNITED STATES OF AMERICA,

                    Defendants.
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                    Counterclaim, Crossclaim
                    and Third-Party Plaintiff,

    - against -

JAMES RUSSO,

                    Counterclaim Defendant.

    -and-

MP222 LLC, 222 EAST 95th STREET
OWNERS CORP., COMMISSIONER OF SOCIAL
SERVICES OF THE CITY OF NEW YORK, NEW
YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, NEW YORK CITY DEPARTMENT
OF FINANCE, MERRILL LYNCH CREDIT
CORPORATION,

                    Crossclaim Defendants,

                                                  :

and

                                                  :

JAMES A. RUSSO, JOHN DOES NOS. 1-10 and
JANE DOES NOS. 1-10,                                   :

                      Third-Party Defendants.   :

-------------------------------------x

STATE OF NEW YORK  )
                           ss.:
COUNTY OF NEW YORK  )

      JILLIAN LORE, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in the County of New York, New York.

2. On March 26, 2008, at 9:10 a.m., I served of a copy of the Notice of Motion To Confirm and Amend the Default Declaratory Judgment and the Affidavit of Richard C. Agins, Esq. in support thereof, with all exhibits, on behalf of Defendant NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, by delivering same by hand to:

                Managing Attorney's Office
                Office of the Attorney General of the State of New York
                New York State Department of Law
                120 Broadway - 24th Floor
                New York, New York 10271-0332

3. Also on March 26, 2008, by Overnight Mail, copies of the Notice of Motion To Confirm and Amend the Default Declaratory Judgment and the Affidavit of Richard C. Agins, Esq. in support thereof, with all exhibits, were served to:

JOSEPH T. COLARSURDO, ESQ.
JOSEPH T. COLARSURDO & ASSOCIATES, P.C.
*Attorneys for Merrill Lynch Credit Corporation*
2900 Westchester Avenue - Suite 206
Purchase, New York 10577

JOSEPH H. LESSEM, ESQ.
GRAUBARD MILLER
*Attorneys for MP222, LLC*
405 Lexington Avenue
New York, New York 10174

JOHN A. COLEMAN, JR., ESQ.
FRIEDBERG, COHEN, COLEMAN & PINKAS, LLP
*Attorneys for 222 East 95th Street Owners Corp.*
444 Madison Avenue
New York, New York 10022

MICHAEL A. CARDOZO, ESQ.
Corporation Counsel of the City of New York
*Attorney for the Department of Social Services of the City of New York and the New York City Department of Finance*
By: MARIAN MASS, ESQ.
Assistant Corporation Counsel
100 Church Street, Room 3-249
New York, New York 10007

MICHAEL J. GARCIA, ESQ.
United States Attorney for the Southern District of New York
*Attorney for the United States of America*
By: KATHLEEN A. ZEBROWSKI, ESQ.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007

MICHAEL VOLLBRECHT, ESQ.
*Attorney for Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, Asbestos Training Program Fund, Industry Fund, Legal Services Fund, Building Contractors Advancement Program an and Paul D. Ragone in his fiduciary capacity as Administrator*
17 State Street
New York, New York 10004

3

COURTESY COPY TO:
ASSISTANT ATTORNEY GENERAL ALAN GITTER
OFFICE OF THE ATTORNEY GENERAL OF THE STATE
OF NEW YORK
NEW YORK STATE DEPARTMENT OF LAW
Suffolk Regional Office
300 Motor Parkway
Happaugue, New York 11788

_____
JILLIAN LORE

Sworn to before me this
26th day of March 2008

_____
Notary Public

RICHARD C. AGINS
Notary Public, State of New York
No. 02AG5028148
Qualified in New York County
Commission Expires 08/31/2010