UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
JAMES RUSSO,

        Plaintiff,

  - against -           97 Civ. 5469 (WHP)

MP222 LLC, 222 EAST 95th OWNERS CORP.,
COMMISSIONER OF SOCIAL SERVICES OF
THE CITY OF NEW YORK, NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE,
NEW YORK CITY DEPARTMENT OF FINANCE,
MERRILL LYNCH CREDIT CORPORATION
and the INTERNAL REVENUE SERVICE OF
THE UNITED STATES OF AMERICA,

        Defendants.
------------------------------------------------x

UNITED STATES OF AMERICA,

        Counterclaim, Crossclaim
        and Third-Party Plaintiff,

  - against -

JAMES RUSSO,

        Counterclaim Defendant.

  -and-

MP222 LLC, 222 EAST 95th
OWNERS CORP., COMMISSIONER OF SOCIAL
SERVICES OF THE CITY OF NEW YORK, NEW
YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, NEW YORK CITY DEPARTMENT
OF FINANCE, MERRILL LYNCH CREDIT
CORPORATION,

        Crossclaim Defendants,

and

JAMES A. RUSSO, JOHN DOES NOS. 1-10 and
JANE DOES NOS. 1-10,                           :

            Third-Party Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF MOTION
## TO CONFIRM AND AMEND
## DEFAULT DECLARATORY JUDGMENT

**PLEASE TAKE NOTICE** that upon the Affidavit of Richard C. Agins, Esq. attorney for Plaintiff JAMES RUSSO and Third Party Defendant JAMES RUSSO a/k/a JAMES A. RUSSO, sworn to on the 6th day of March 2008, the undersigned will move this Court on the 8th day of April 2008 at 9:30 A.M. in Courtroom 11D of the United States Courthouse, 500 Pearl Street, New York, New York 10007, or as soon thereafter as counsel may be heard, for an Order pursuant to Rule 60 (a) of the Federal Rules of Civil Procedure that the Default Declaratory Judgment dated February 4, 2008 and filed on February 6, 2008 (the "Default Declaratory Judgment") be confirmed and amended to set forth statements of fact that each of the referenced warrants and/or judgments had also been filed in the Office of the Secretary of State of the State of New York, which were inadvertently omitted from the Default Declaratory Judgment, but must be clarified, and granting the Plaintiff and Third Party Defendant such other further and different relief as is just, necessary and proper.

Dated: New York, New York
   March 6, 2008

                              Respectfully submitted,

                              _____
                              RICHARD C. AGINS, ESQ.
                              AGINS, SIEGEL, REINER & BOUKLAS, LLP
                              *Attorneys for Plaintiff James Russo*
                              *and Third Party Defendant James. A. Russo*
                              386 Park Avenue South, Suite 1200
                              New York, New York 10016
                              Telephone No.: 212- 447-5599
                              Fax No. 212-447-5549

TO:
BY HAND
HON. ANDREW CUOMO
C/O  MANAGING ATTORNEY'S OFFICE
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW YORK
NEW YORK STATE DEPARTMENT OF LAW
120 Broadway, 24th Floor
New York, New York 10271-0332.

BY OVERNIGHT MAIL

JOSEPH T. COLARSURDO, ESQ.
JOSEPH T. COLARSURDO & ASSOCIATES, P.C.
*Attorneys for Merrill Lynch Credit Corporation*
2900 Westchester Avenue - Suite 206
Purchase, New York 10577
Telephone No. 914-251-1111
Fax No. 914-251-0011

JOSEPH H. LESSEM, ESQ.
GRAUBARD MILLER
*Attorneys for MP222, LLC*
405 Lexington Avenue
New York, New York 10174
Telephone No.: 212- 818-8800

Fax No. 212-818-8881

JOHN A. COLEMAN, JR., ESQ.
FRIEDBERG, COHEN, COLEMAN & PINKAS, LLP
*Attorneys for 222 East 95th Street Owners Corp.*
444 Madison Avenue
New York, New York 10022
Telephone No.: 212--829-9090
Fax No. 212-829-0999

MICHAEL A. CARDOZO, ESQ.
Corporation Counsel of the City of New York
*Attorney for the Department of Social Services of the City of New York and the New York City Department of Finance*
By: MARIAN MASS, ESQ.
Assistant Corporation Counsel
100 Church Street, Room 3-249
New York, New York 10007
Telephone No.: 212- 788-1618
Fax No. 212-788-8871

MICHAEL J. GARCIA, ESQ.
United States Attorney for the Southern District of New York
*Attorney for the United States of America*
By: KATHLEEN A. ZEBROWSKI, ESQ.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: 212- 637-2710
Fax No. 212-637-2717

MICHAEL VOLLBRECHT, ESQ.
*Attorney for Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, Asbestos Training Program Fund, Industry Fund, Legal Services Fund, Building Contractors Advancement Program an and Paul D. Ragone in his fiduciary capacity as Administrator*
17 State Street
New York, New York 10004
Telephone No. 212-269-2500
Fax No. 212269-2540

COURTESY COPY TO:
ASSISTANT ATTORNEY GENERAL ALAN GITTER
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW YORK

NEW YORK STATE DEPARTMENT OF LAW
Suffolk Regional Office
300 Motor Parkway
Happaugue, New York 11788