# AGINS, SIEGEL, REINER & BOUKLAS, LLP
## Attorneys-at-Law

Richard C. Agins
Irwin Siegel
Glenn A. Reiner
Philip V. Bouklas

Richard H. Del Valle
Jason D. Boroff
Jessica I. Karyo
David S. Lee
Jillian H. Lore

386 PARK AVENUE SOUTH
NEW YORK, NEW YORK 10016-8804
(212) 447-5599
Fax (212) 447-5540

BY APPOINTMENT ONLY
200 GARDEN CITY PLAZA
GARDEN CITY, NEW YORK 11530

Carl D. Bernstein
Solomon J. Freedman
William Slivka
Richard G. Kaufman
Charles M. Newman
Counsel

WWW.ASRBLAW.COM

March 25, 2008

**VIA FAX**

Hon. William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
New York, New York 10007

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/6/2008]

Re: JAMES RUSSO v. MP222 LLC, 222 EAST 95TH STREET OWNERS CORP., COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, NEW YOUR STATE DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY DEPARTMENT OF FINANCE, MERRILL LYNCH CREDIT CORPORATION and the INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA. File No. 07 Civ. 5469 (WHP.)

Dear Judge Pauley:

On March 6, 2008 I requested permission to serve a Motion to Confirm and Amend the Default Declaratory Judgment issued by you on February 4, 2008. Apparently you granted my request but the Order was never docketing and never appeared on the ECF System, so I did not serve it and missed the deadline you set for Friday, March 21, 2008. Accordingly, may I respectfully request an extension of time to serve and file the said Motion of two (2) business days after the date I am advised that this request has been granted.

Once again, thank you for your cooperation and consideration of this matter.

Very truly yours,

Richard C. Agins

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/2/2008