Exhibit A

RECYCLED

# Modern Abstract Corporation
Cooperative Lien Search Specialists

633 Third Avenue, New York, NY  10017
Tel (212) 334-1181      Fax (212) 334-9296

## COOPERATIVE APARTMENT LIEN SEARCH

Search Number:    **162362(141987)  (CONTINUATION)**                Dated:    **November 1, 2007**

Applicant:                                    **MP 222, LLC.**
Apartment House Premises:        **222 East 95th Street**                County:    **New York**
                                                      **Block: 1540 Lot: 36**              Apartment No. or Unit No.:    **1, 2, 3 & 4**
Lessee (Seller):                            **James Russo and Henrietta Russo**
Prospective Lessee (Purchaser):    **MP 222, LLC.**
Fee title to apartment house property presently vested in:
                                                      **222 East 95th Owners Corp.**
Title having been acquired by deed dated:    **February 11, 1988**              Recorded on:    **March 8, 1988**
                                                                                                              In Reel:    **1374**    Page:    **1483**

**Modern Abstract Corporation** has made the following searches of public records in the county specified above
with respect to the following names:
                                                      **222 East 95th Owners Corp.**
                                                      **James Russo**
                                                      **Henrietta Russo**

Information on returns noted below is set forth on pages annexed to this report.

| | RETURNS (See annexed Schedule) | NONE |
|---|---|---|
| Federal Tax Liens (County) | **See Within** | |
| Federal Tax Liens (Albany) | | X |
| UCC Financing Statements (County) | **See Within** | |
| UCC Financing Statements (Albany) | **See Within** | |
| Money Judgments | **See Within** | |
| Warrants (County and New York State Department of State) | **See Within** | |
| Bankruptcies    (Southern    District, NY only) | | X |
| Mortgages on Leases (affecting Apartment only) | | X |
| Mortgages on Apartment House premises | **See Within** | |
| Miscellaneous Dockets | | X |
| Mechanic's Liens | | X |
| Lis Pendens | | X |

Tax search for Block    1540    Lot    36    is attached.

Modern Abstract Corporation

By _____
Authorized Signatory

*A Subsidiary of First American Title Insurance Company of New York*

1

**FEDERAL TAX LIEN:** (FILED IN THE NEW YORK COUNTY REGISTER'S OFFICE)

| | | | |
|---|---|---|---|
| **DOCUMENT ID:** 2005071400137016 | **CRFN:** | 2005000402546 | |
| **# of PAGES:** 2 | **REEL-PAGE:** | N/A-N/A | |
| **DOC. TYPE:** FEDERAL LIEN-IRS | **FILE NUMBER:** | N/A | |
| **DOC. DATE:** 6/21/2005 | **RECORDED / FILED:** | 7/19/2005 3:19:24 PM | |
| | **BOROUGH:** | MANHATTAN | |
| **DOC. AMOUNT:** $92,500.51 | **RPTT #:** | N/A | |
| **MESSAGE:** N/A | | | |

**PARTY 1**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| RUSSO, JAMES A | 222 E 95TH ST | | NEW YORK | |

**PARTY 2**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | P.O. BOX 145595 | | CINCINNATI | |

AN ORIGINAL IMAGE OF THE ABOVE FEDERAL TAX LIEN IS UNAVAILABLE ON THE NEW YORK CITY ACRIS SYSTEM. NO FURTHER INFORMATION IS AVAILABLE.

2

## FEDERAL TAX LIEN: (FILED IN THE NEW YORK COUNTY REGISTER'S OFFICE)

| | | | |
|---|---|---|---|
| **DOCUMENT ID:** 2006012501415012 | | **CRFN:** | 2006000149339 |
| **# of PAGES:** 2 | | **REEL-PAGE:** | N/A-N/A |
| **DOC. TYPE:** FEDERAL LIEN-IRS | | **FILE NUMBER:** | N/A |
| **DOC. DATE:** 1/18/2006 | | **RECORDED / FILED:** | 3/16/2006 11:29:06 AM |
| | | **BOROUGH:** | MANHATTAN |
| **DOC. AMOUNT:** $281,076.19 | | **RPTT #:** | N/A |
| **MESSAGE:** N/A | | | |

**PARTY 1**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| JAMES A RUSSO | 222 E 95TH ST | | NEW YORK | |

**PARTY 2**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 135 HIGH STREET, STOP 155 | | HARTFORD | |

3

## FEDERAL TAX LIEN: (FILED IN THE NEW YORK COUNTY REGISTER'S OFFICE)

| DOCUMENT ID: | 2006013000299012 | CRFN: | | 2006000088687 |
|---|---|---|---|---|
| # of PAGES: | 2 | REEL-PAGE: | | N/A-N/A |
| DOC. TYPE: | FEDERAL LIEN-IRS | FILE NUMBER: | | N/A |
| DOC. DATE: | 1/19/2006 | RECORDED / FILED: | | 2/14/2006 4:27:12 PM |
| | | BOROUGH: | | MANHATTAN |
| DOC. AMOUNT: | $14,017.08 | RPTT #: | | N/A |
| MESSAGE: | N/A | | | |

**PARTY 1**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| JAMES A RUSSO | 222 E 95TH ST | | NEW YORK | |

**PARTY 2**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 135 HIGH STREET, STOP 155 | | HARTFORD | |

4

## FEDERAL TAX LIEN: (FILED IN THE NEW YORK COUNTY REGISTER'S OFFICE)

| DOCUMENT ID: | 2006041301323012 | CRFN: | 2006000241243 |
|---|---|---|---|
| # of PAGES: | 2 | REEL-PAGE: | N/A-N/A |
| DOC. TYPE: | FEDERAL LIEN-IRS | FILE NUMBER: | N/A |
| DOC. DATE: | 4/12/2006 | RECORDED / FILED: | 5/2/2006 9:49:37 AM |
| | | BOROUGH: | MANHATTAN |
| DOC. AMOUNT: | $239,337.62 | RPTT #: | N/A |
| MESSAGE: | N/A | | |

**PARTY 1**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| JAMES A RUSSO | 222 E 95TH ST | | NEW YORK | |

**PARTY 2**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 135 HIGH STREET, STOP 155 | | HARTFORD | |

5

**FEDERAL TAX LIEN:** (FILED IN THE NEW YORK COUNTY REGISTER'S OFFICE)

| | | | |
|---|---|---|---|
| DOCUMENT ID: | 2006042700700005 | CRFN: | 2006000263385 |
| # of PAGES: | 2 | REEL-PAGE: | N/A-N/A |
| DOC. TYPE: | FEDERAL LIEN-IRS | FILE NUMBER: | N/A |
| DOC. DATE: | 4/24/2006 | RECORDED / FILED: | 5/11/2006 11:35:54 AM |
| | | BOROUGH: | MANHATTAN |
| DOC. AMOUNT: | $201,689.88 | RPTT #: | N/A |
| MESSAGE: | N/A | | |

PARTY 1

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| JAMES A RUSSO | 222 E 95TH ST | | NEW YORK | |

PARTY 2

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 135 HIGH STREET, STOP 155 | | HARTFORD | |

6

**FEDERAL TAX LIEN:** (FILED IN THE NEW YORK COUNTY REGISTER'S OFFICE)

| | | | |
|---|---|---|---|
| **DOCUMENT ID:** 2006101701256024 | | **CRFN:** | 2006000610736 |
| **# of PAGES:** 2 | | **REEL-PAGE:** | N/A-N/A |
| **DOC. TYPE:** FEDERAL LIEN-IRS | | **FILE NUMBER:** | N/A |
| **DOC. DATE:** 9/21/2006 | | **RECORDED / FILED:** | 11/1/2006 12:58:10 PM |
| | | **BOROUGH:** | MANHATTAN |
| **DOC. AMOUNT:** $100,048.30 | | **RPTT #:** | N/A |
| **MESSAGE:** N/A | | | |

**PARTY 1**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| JAMES A RUSSO | 222 E 95TH ST | | NEW YORK | |

**PARTY 2**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 135 HIGH STREET, STOP 155 | | HARTFORD | |

7

**FEDERAL TAX LIEN:** (FILED IN THE NEW YORK COUNTY REGISTER'S OFFICE)

| | | | |
|---|---|---|---|
| **DOCUMENT ID:** 2006111500218001 | | **CRFN:** | 2006000634460 |
| **# of PAGES:** 2 | | **REEL-PAGE:** | N/A-N/A |
| **DOC. TYPE:** | FEDERAL LIEN-IRS | **FILE NUMBER:** | N/A |
| **DOC. DATE:** | 11/15/2006 | **RECORDED / FILED:** | 11/15/2006 2:00:21 PM |
| | | **BOROUGH:** | MANHATTAN |
| **DOC. AMOUNT:** $625,012.11 | | **RPTT #:** | N/A |
| **MESSAGE:** | N/A | | |

**PARTY 1**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| RUSSO, JAMES | SSN: XXX-XX-7467 AS NOMINEE OF JAMES A. RUSSO | 222 E 95TH STREET | NEW YORK | |

**PARTY 2**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| IRS | 110 W 44TH STREET | | NEW YORK | |

8

## FINANCING STATEMENT: (FILED IN THE NEW YORK COUNTY REGISTER'S OFFICE)

| DOCUMENT ID: 2003081200852001 | | CRFN: | 2003000304430 |
|---|---|---|---|
| # of PAGES: 4 | | REEL-PAGE: | N/A-N/A |
| DOC. TYPE: INITIAL COOP UCC1 | | FILE NUMBER: | N/A |
| DOC. DATE: N/A | | RECORDED / FILED: | 8/19/2003 9:55:13 AM |
| | | BOROUGH: | MANHATTAN |
| DOC. AMOUNT: $0.00 | | RPTT #: | N/A |
| MESSAGE: N/A | | | |

### PARTY 1

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| RUSSO, JAMES | 222 EAST 95 STREET | | NEW YORK | |
| RUSSO, HENRIETTA | 222 EAST 95 STREET | | NEW YORK | |

### PARTY 2

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | S |
|---|---|---|---|---|
| MERRILL LYNCH CREDIT CORPORATION | 3000 LEADENHALL ROAD | | MT. LAUREL | |

AN ORIGINAL IMAGE OF THE ABOVE FINANCING STATEMENT IS UNAVAILABLE ON THE NEW YORK CITY ACRIS SYSTEM. NO FURTHER INFORMATION IS AVAILABLE.

9

<u>N.Y.S.-DEPT OF STATE-TAX WARRANT NOTICES</u> (PAGE 3 OF 3)

| Warrant ID# : E-333907465-W001-2 ✓ | |
|---|---|
| Recorded Taxpayer Name(s) | Address |
| JAMES RUSSO INDIVIDUALLY AND AS RESPONSIBLE PERSON OF ALL TECH INVESTIGATIONS, LTD | 2901 AMBOY RD STATEN ISLAND, NY 10306-2008 |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date | Amend Dat |
|---|---|---|---|---|---|---|
| April 19, 2004 | RICHMOND | $485,396.11 | April 29, 2004 | | | |

| Warrant ID# : E-333907465-W002-6 ✓ | |
|---|---|
| Recorded Taxpayer Name(s) | Address |
| JAMES RUSSO INDIVIDUALLY AND AS RESPONSIBLE PERSON OF ALL TECH INVESTIGATIONS, LTD. | 2901 AMBOY RD STATEN ISLAND, NY 10306-2008 |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date | Amend Dat |
|---|---|---|---|---|---|---|
| April 19, 2004 | RICHMOND | $21,326.26 | April 29, 2004 | | | |

| Warrant ID# : E-333907465-W010-3 ✓ | |
|---|---|
| Recorded Taxpayer Name(s) | Address |
| JAMES RUSSO INDIVIDUALLY AND AS RESPONSIBLE PERSON OF ALL-TECH INVESTIGATIONS, LTD. | 4 E 64TH ST, #4D NEW YORK, NY 10 |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date |
|---|---|---|---|---|---|
| September 07, 2005 | NEW YORK | $52,108.77 | September 07, 2005 | | |

10

**N.Y.S.-DEPT OF STATE-TAX WARRANT NOTICES (PAGE 2 OF 3)**

### Warrant ID# : E-333907465-W004-5 ✓

| Recorded Taxpayer Name(s) | | Address |
|---|---|---|
| JAMES RUSSO INDIVIDUALLY AND AS RESPONSIBLE PERSON OF ALL-TECH INVESTIGATIONS, LTD. | | 2901 AMBOY RD STATEN ISLAND, NY 10306-20( |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date | Ame |
|---|---|---|---|---|---|---|
| October 26, 2004 | RICHMOND | $10,627.44 | October 27, 2004 | | | |

### Warrant ID# : E-333907465-W009-7 ✓

| Recorded Taxpayer Name(s) | Address |
|---|---|
| JAMES RUSSO | 2901 AMBOY RD STATEN ISLAND, NY 10306-2008 |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date | Amend Da |
|---|---|---|---|---|---|---|
| March 02, 2005 | RICHMOND | $64,230.15 | June 02, 2005 | | | |

### Warrant ID# : E-333907465-W029-8 ✓

| Recorded Taxpayer Name(s) | | Address |
|---|---|---|
| JAMES RUSSO INDIVIDUALLY AND AS RESPONSIBLE PERSON OF ALL-TECH INVESTIGATIONS, LTD. | | 86 09 158 AVE HOWARD BEACH, NY 11414 |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date | Amend Date |
|---|---|---|---|---|---|---|
| June 26, 2007 | QUEENS | $150.00 | June 26, 2007 | | | |

11

## N.Y.S.-DEPT OF STATE-TAX WARRANT NOTICES (PAGE 1 OF 3)

### Warrant ID# : E-333907465-W011-7 ✓

| Recorded Taxpayer Name(s) | | Address |
|---|---|---|
| JAMES RUSSO<br>INDIVIDUALLY AND AS RESPONSIBLE PERSON OF<br>ALL-TECH INVESTIGATIONS, LTD. | | 2901 AMBOY RD<br>STATEN ISLAND, NY 10306-20 |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date | Ame |
|---|---|---|---|---|---|---|
| January 06, 2006 | RICHMOND | $6,015.93 | January 13, 2006 | | | |

### Warrant ID# : E-333907465-W022-7 ✓

| Recorded Taxpayer Name(s) | | Address |
|---|---|---|
| JAMES RUSSO<br>INDIVIDUALLY AND AS RESPONSIBLE PERSON OF<br>ALL-TECH INVESTIGATIONS, LTD. | | 222 E 95TH ST<br>NEW YORK, NY 10 |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date |
|---|---|---|---|---|---|
| November 14, 2006 | RICHMOND | $63,686.69 | November 14, 2006 | | |

### Warrant ID# : E-333907465-W028-4 ✓

| Recorded Taxpayer Name(s) | | Address |
|---|---|---|
| JAMES RUSSO<br>INDIVIDUALLY AND AS RESPONSIBLE PERSON OF<br>ALL TECH INVESTIGATIONS, LTD. | | 86 09 158 AVE<br>HOWARD BEACH, NY 11414 |

| Docket Date | County | Docket Amount | Dos File Date | Satisfied Date | Vacate Date | Amend Date |
|---|---|---|---|---|---|---|
| April 24, 2007 | QUEENS | $29,755.74 | April 24, 2007 | | | |

12

# JUDGMENTS

# VS.

# JAMES RUSSO

Case 1:07-cv-06469-WHP   Document 38-62   Filed 04/03/2008   Page 15 of 31

```
    *** DOCKETING DATA ***          *** SOURCE DOCUMENT ***
DOCKETING DATE: 10/21/1987              TYPE: TJ   TRANSCRIPT OF JUDGME
         TIME: 10:35:00              COUNTY: 31   NEW YORK
EFFECTIVE DATE: 05/22/1987            COURT: D    DISTRICT COURT
         TIME: 10:35:00       TOTAL DEBTORS: 04   UPDATED: N
CLERK/SEQ #  :  FRANCOIS   040   INDEX NUMBER: 86CIV7350 0000
              *** DEBTOR/CORPORATION ***
NAME   FORMAT I  : RUSSO,JAMES
  ADDRESS   NUMBER: 32      STREET:  RESERVOIR RD
            CITY : NEW CITY NY          ZIP CODE:  10956
     OCCUPATION     :
              *** CREDITOR ***
NAME   FORMAT I  : ROSE,LOTTIE ETAL
  ADDRESS   NUMBER: 2701    STREET:  CLAREMONT BLVD
            CITY : BERKLEY CA          ZIP CODE:  94705

     AMOUNT:      $237549.59
INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

14

Case 1:07-cv-05469-WHP    Document 38-2    Filed 04/03/2008    Page 16 of 31

```
  DATE                                     REMARKS
10211987 CREDITORS:   ROSE, LOTTIE WISNER, EUGENE CHAYKA,ARKADY & JUST MORE REAL
10211987 ROSES.
```

PRESS:PF1- HELP,  PF2- RETURN,  PF7- SCR UP,  PF8- SCR DOWN,  CLEAR- RESHOW

15

NEW YORK COUNTY CLERKS OFFICE - NEW YORK                DATE:  10/10/2006
TERM  PE807  JUDGMENT DOCKET BOOK INQUIRY      TIME:  09:56:41
            CONTROL NUMBER : 000566385 - 02

      *** DOCKETING DATA ***          *** SOURCE DOCUMENT ***
DOCKETING DATE: 07/15/1993              TYPE: TJ  TRANSCRIPT OF JUDGME
        TIME: 10:59:00               COUNTY: 31    NEW YORK
EFFECTIVE DATE: 02/01/1993            COURT: US   US DISTRICT COURT
        TIME: 12:48:00          TOTAL DEBTORS: 02   UPDATED: N
CLERK/SEQ #   :  GONZALEZ  235      INDEX NUMBER: 92CV6860KT0000
              *** DEBTOR/CORPORATION ***
NAME    FORMAT I  : RUSSO,JAMES
   ADDRESS   NUMBER: 432      STREET:  UNION AVE
             CITY : BROOKLYN NY         ZIP CODE:  11211
   OCCUPATION     :
              *** CREDITOR ***
NAME    FORMAT C  : MASON TENDERS DISTRICT COUNCIL ETC
   ADDRESS   NUMBER: 32-36   STREET:  WEST 18TH ST
             CITY : NY NY            ZIP CODE:  10011    4612

       AMOUNT:        $3852.64
 INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD

16

| .DATE | REMARKS |
|-------|---------|
| 07151993 | COMPLETE NAME OF CREDITOR: MASON TENDERS DISTRICT COUNCIL WELFARE FUND |
| 07151993 | PENSION FUND, ANNUITY FUND, ASBESTOS TRAINING PROGRAM FUND, INDUSTRY |
| 07151993 | FUND, LEGAL SERVICES FUND AND BUILDING CONTRACTORS ADVANCEMENT PROGRAM |
| 07151993 | AND PAUL V. RAGONE, IN HIS FIDUCIARY CAPACITY AS ADMINISTRATOR-SAME |
| 07151993 | ADDRESS |
| 07151993 | COMPLETE INDEX NUMBER: 92 CV 6860 KTD |

PRESS:PF1- HELP, PF2- RETURN, PF7- SCR UP, PF8- SCR DOWN, CLEAR- RESHOW

17

```
     *** DOCKETING DATA ***              *** SOURCE DOCUMENT ***
DOCKETING DATE: 07/15/1993                 TYPE: TJ   TRANSCRIPT OF JUDGME
         TIME: 10:59:00                   COUNTY: 31   NEW YORK
EFFECTIVE DATE: 02/01/1993                  COURT: US   US DISTRICT COURT
         TIME: 12:40:00            TOTAL DEBTORS: 04   UPDATED: N
CLERK/SEQ #   :  GONZALEZ 241       INDEX NUMBER: 92CV6860KT0000
                 *** DEBTOR/CORPORATION ***
  NAME    FORMAT I   : RUSSO,JAMES
    ADDRESS    NUMBER: 432      STREET:  UNION AVE
               CITY : BROOKLYN NY          ZIP CODE:  11211
    OCCUPATION     :
                  *** CREDITOR ***
  NAME    FORMAT C   : MASON TENDERS DISTRICT COUNCIL ETC
    ADDRESS    NUMBER: 32-36   STREET:  WEST 18TH ST
               CITY : NY NY               ZIP CODE:  10011    4612

        AMOUNT:          $745.14
  INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

18

Case 1:07-cv-05469-WHP   Document 38-2   Filed 04/03/2008   Page 20 of 31

BOOK TYPE: 01                                    CONTROL NUMBER: 000566385 - 04

DATE                              REMARKS
07151993  COMPLETE NAME OF CREDITOR: JAMES LUPO, AS PRESIDENT OF THE MASON
07151993  TENDERS DISTRICT COUNCIL OF GREATER NEW YORK-SAME ADDRESS
07151993  COMPLETE INDEX NUMBER: 92 CV 6860 KTD

PRESS:PF1- HELP, PF2- RETURN, PF7- SCR UP, PF8- SCR DOWN, CLEAR- RESHOW

19

```
     *** DOCKETING DATA ***          *** SOURCE DOCUMENT ***
DOCKETING DATE: 12/09/1993              TYPE: TJ  TRANSCRIPT OF JUDGME
          TIME: 10:45:00               COUNTY: 31  NEW YORK
EFFECTIVE DATE: 01/29/1993              COURT:
          TIME: 09:10:00           TOTAL DEBTORS: 04   UPDATED: N
CLERK/SEQ #  :  GONZALEZ  009    INDEX NUMBER: CV 6860-920000
                 *** DEBTOR/CORPORATION ***
  NAME    FORMAT I  : RUSSO,JAMES
    ADDRESS    NUMBER: 432    STREET:  UNION AVE
              CITY  : BROOKLYN NY         ZIP CODE:  11211
    OCCUPATION       :
                    *** CREDITOR ***
  NAME    FORMAT C  : MASON TENDERS DISTRICT COUNCIL ETC
    ADDRESS    NUMBER: 32-36    STREET:  W 18TH ST
              CITY  : NEW YORK NY         ZIP CODE:  10011

        AMOUNT:       $3852.64
  INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

*20*

Case 1:07-cv-05469-WHP   Document 38-2   Filed 04/03/2008   Page 22 of 31
                 CONTROL NUMBER : 000604056 - 04

          *** DOCKETING DATA ***          *** SOURCE DOCUMENT ***
DOCKETING DATE: 12/09/1993                  TYPE: TJ   TRANSCRIPT OF JUDGME
          TIME: 10:45:00               COUNTY: 31   NEW YORK
EFFECTIVE DATE: 01/29/1993              COURT:
          TIME: 09:10:00          TOTAL DEBTORS: 04   UPDATED: N
CLERK/SEQ #   :   GONZALEZ  011    INDEX NUMBER: CV 6860-920000
               *** DEBTOR/CORPORATION ***
NAME    FORMAT I  : RUSSO,JAMES
   ADDRESS   NUMBER: 432     STREET: UNION AVE
          CITY  : BROOKLYN NY        ZIP CODE:  11211
   OCCUPATION     :
               *** CREDITOR ***
NAME    FORMAT C  : JAMES LUPO AS PRESIDENT ETC
   ADDRESS   NUMBER: 207     STREET: E 37TH ST
          CITY  : NEW YORK NY        ZIP CODE:  10016

          AMOUNT:          $745.14
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD

```
     *** DOCKETING DATA ***              *** SOURCE DOCUMENT ***
DOCKETING DATE: 05/02/1994                   TYPE: TJ   TRANSCRIPT OF JUDGME
         TIME: 09:32:00                    COUNTY: 31   NEW YORK
EFFECTIVE DATE: 01/11/1994                  COURT: F    FAMILY COURT
         TIME: 09:32:00              TOTAL DEBTORS: 01   UPDATED: N
CLERK/SEQ #  :  NORIEGA    028      INDEX NUMBER: P19504/89A0000
              *** DEBTOR/CORPORATION ***
 NAME    FORMAT I   : RUSSO,JAMES
   ADDRESS   NUMBER: 93      STREET: SIMONSON AVE
             CITY : STATEN ISLAND NY      ZIP CODE:  10303
   OCCUPATION     :
              *** CREDITOR ***
 NAME    FORMAT I   : BOUDREAU,VALERIE
   ADDRESS   NUMBER: 35      STREET: MORNINGSTAR RD
             CITY : STATEN ISLAND NY      ZIP CODE:  10303

          AMOUNT:      $10131.50
 INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

22

TERM:  PE49         JUDGMENT DOCKET AND LIEN BOOK         PAGE: 000000000
                          REMARKS INQUIRY
BOOK TYPE: 01                                        LAST PAGE: 0001
                                        CONTROL NUMBER: 000650873 - 01

    DATE                                REMARKS
05021994 COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK AS ASSIGNEE OF
05021994 VALERIE BOUDREAU

PRESS:PF1- HELP, PF2- RETURN, PF7- SCR UP, PF8- SCR DOWN, CLEAR- RESHOW

23

```
     *** DOCKETING DATA ***                *** SOURCE DOCUMENT ***
DOCKETING DATE: 10/07/2003                    TYPE: TJ   TRANSCRIPT OF JUDGME
         TIME: 09:00:00                      COUNTY: 31   NEW YORK
EFFECTIVE DATE: 07/09/2003                    COURT: F    FAMILY COURT
         TIME: 09:00:00              TOTAL DEBTORS: 01    UPDATED: N
CLERK/SEQ #  :  YSIU      020        INDEX NUMBER: SEE REMARK0000
                   *** DEBTOR/CORPORATION ***
NAME   FORMAT I  : RUSSO,JAMES
   ADDRESS   NUMBER: 431      STREET: MOUNTAIN VIEW AVE
              CITY : STATEN ISLAND NY       ZIP CODE:  10314
   OCCUPATION       :

                      *** CREDITOR ***
NAME   FORMAT C  : COMMISSIONER OF SOCIAL SERVICES OF NYC
   ADDRESS   NUMBER: 180      STREET: WATER STREET
              CITY : NEW YORK NY            ZIP CODE:  10038
          AMOUNT:       $26103.00
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

24

USER: NEWYORK COUNTY CLERKS OFFICE - NEW YORK        DATE:   10/10/2006
TERM.SET: ... DOCUMENT 38-2   BOOK ... TIME: ... Page 26 of 31

REMARKS INQUIRY

BOOK TYPE: 01                                    CONTROL NUMBER: 001760139 - 01
                                                 LAST PAGE: 0001

DATE                              REMARKS
10072003 COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF N.Y. AS ASSIGNEE OF
10072003 VALERIE BOUDREAU
10072003 INDEX NO. P-19504-89-02E

PRESS:PF1- HELP, PF2- RETURN, PF7- SCR UP, PF8- SCR DOWN, CLEAR- RESHOW

Case 1:07-cv-05460-WHP   Document 38-2   Filed 04/03/2008   Page 27 of 31

```
     *** DOCKETING DATA ***              *** SOURCE DOCUMENT ***
DOCKETING DATE: 11/18/2003               TYPE: TJ   TRANSCRIPT OF JUDGME
        TIME: 09:00:00              COUNTY: 31   NEW YORK
EFFECTIVE DATE: 07/09/2003            COURT: F    FAMILY COURT
        TIME: 09:00:00         TOTAL DEBTORS: 01   UPDATED: N
CLERK/SEQ #  :  LRICHARD  009   INDEX NUMBER: SEE REMARK0000
              *** DEBTOR/CORPORATION ***
NAME   FORMAT I  : RUSSO,JAMES
   ADDRESS   NUMBER: 431    STREET: MOUNTAIN VIEW AVE
             CITY : STATEN ISLAND NY      ZIP CODE:  10314
   OCCUPATION    :
                 *** CREDITOR ***
NAME   FORMAT C  : COMMISSIONER OF SOCIAL SERVICES OF NYC
   ADDRESS   NUMBER: 180    STREET: WATER STREET
             CITY : NY NY                 ZIP CODE:  10038

        AMOUNT:      $26103.00
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

26

Case 1:07-cv-05489-WHP   Document 38-2   Filed 04/03/2008   Page 28 of 31

```
.DATE                              REMARKS
11182003  COMMISSIONER OF SOCIAL SERVICES OF NYC AS ASSIGNEE OF VALERIE BONDREAU
11182003  DOCKET # P19504/89/02E
```

PRESS:PF1- HELP, PF2- RETURN, PF7- SCR UP, PF8- SCR DOWN, CLEAR- RESHOW

27

Case 1:07-cv-05469-WHP   Document 38-2   Filed 04/03/2008   Page 29 of 31

```
      *** DOCKETING DATA ***              *** SOURCE DOCUMENT ***
DOCKETING DATE: 09/07/2005              TYPE: ST  NY STATE TAX WARRANT
         TIME: 10:00:00                 COUNTY: 31   NEW YORK
EFFECTIVE DATE: 08/29/2005              COURT:
         TIME: 10:00:00              TOTAL DEBTORS: 02   UPDATED: N
CLERK/SEQ # : NYSTAX   007       INDEX NUMBER: E3339074650010
              *** DEBTOR/CORPORATION ***
 NAME   FORMAT I  : RUSSO,JAMES
   ADDRESS   NUMBER: 4      STREET:  E 64TH ST, #4D
             CITY : NEW YORK        NY   ZIP CODE:  10021
   OCCUPATION  :
              *** CREDITOR ***
 NAME   FORMAT C  : NY STATE DEP'T OF TAXATION AND FINANCE
   ADDRESS   NUMBER: 80-02   STREET:  KEW GARDENS ROAD
             CITY : KEW GARDENS NY         ZIP CODE:  11415

        AMOUNT:       $52108.77
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

28

Case 1:07-cv-05469-WHP   Document 38-2   Filed 04/03/2008   Page 30 of 31

```
 DATE                              REMARKS
09072005 JAMES RUSSO INDIVIDUALLY AND AS RESPONSIBLE PERSON OF ALL-TECH INVESTI
09072005 GATIONS, LTD.
09072005 4 E 64TH ST, #4D
09072005 NEW YORK            , NY      10021
```

```
_____  _____
_____  _____
_____  _____
_____  _____
_____  _____
_____  _____
_____  _____
_____  _____
_____  _____
_____  _____
_____  _____
```

PRESS:PF1- HELP, PF2- RETURN, PF7- SCR UP, PF8- SCR DOWN, CLEAR- RESHOW

29

         *** DOCKETING DATA ***          *** SOURCE DOCUMENT ***
DOCKETING DATE: 04/28/2006              TYPE: CT   NY CITY TAX WARRANT
         TIME: 09:00:00                 COUNTY: 31   NEW YORK
EFFECTIVE DATE: 04/28/2006              COURT:
         TIME: 09:00:00        TOTAL DEBTORS: 01   UPDATED: N
CLERK/SEQ #  :  NDENARDO 015     INDEX NUMBER: G0796408
                 *** DEBTOR/CORPORATION ***
NAME    FORMAT I  : RUSSO,JAMES
   ADDRESS   NUMBER: 222    STREET:  E 95TH STREET #1, AND 2
            CITY : NY NY              ZIP CODE:  10128
   OCCUPATION   :
                 *** CREDITOR ***
NAME    FORMAT C  : NEW YORK CITY DEPARTMENT OF FINANCE
   ADDRESS   NUMBER: 59    STREET:  MAIDEN LANE
            CITY : NY NY              ZIP CODE:  10038

         AMOUNT:      $10268.16
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD

30