```
        *** DOCKETING DATA ***                *** SOURCE DOCUMENT ***
DOCKETING DATE: 07/20/2006                     TYPE: TJ   TRANSCRIPT OF JUDGME
         TIME: 11:13:00                       COUNTY: 43  RICHMOND
EFFECTIVE DATE: 04/19/2004                     COURT:
         TIME: 10:57:00                 TOTAL DEBTORS: 02   UPDATED: N
CLERK/SEQ #  :  KMILLER   012        INDEX NUMBER:
                *** DEBTOR/CORPORATION ***
NAME    FORMAT I  : RUSSO,JAMES
    ADDRESS   NUMBER: 2901     STREET: AMBOY ROAD
              CITY : STATEN ISLAND NY       ZIP CODE: 10306
    OCCUPATION    :

                    *** CREDITOR ***
NAME    FORMAT C  : TAX COMPLIANCE DIVISION
    ADDRESS   NUMBER: 80-20    STREET: KEW GARDENS ROAD
              CITY : KEW GARDENS NY          ZIP CODE: 11415

         AMOUNT:       $485396.11
  INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

31

```
          *** DOCKETING DATA ***          *** SOURCE DOCUMENT ***
   DOCKETING DATE: 07/20/2006              TYPE:  TJ  TRANSCRIPT OF JUDGME
             TIME: 11:13:00              COUNTY: 43  RICHMOND
   EFFECTIVE DATE: 04/19/2004             COURT:
             TIME: 11:01:00         TOTAL DEBTORS: 02   UPDATED: N
   CLERK/SEQ #  :  KMILLER   014      INDEX NUMBER:
               *** DEBTOR/CORPORATION ***
   NAME    FORMAT I  : RUSSO,JAMES
      ADDRESS   NUMBER: 2901      STREET:  AMBOY ROAD
              CITY  : STATEN ISLAND NY      ZIP CODE:  10306
      OCCUPATION    :

               *** CREDITOR ***
   NAME    FORMAT C  : TAX COMPLIANCE DIVISION
      ADDRESS   NUMBER: 80-20     STREET:  KEW GARDENS ROAD
              CITY  : KEW GARDENS NY        ZIP CODE:  11415


        AMOUNT:      $21326.26
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

**32**

Case 1:07-cv-05468-WHP   Document 38-31   Filed 04/03/2008   Page 3 of 22

```
        *** DOCKETING DATA ***            *** SOURCE DOCUMENT ***
   DOCKETING DATE: 07/20/2006                   TYPE:  TJ   TRANSCRIPT OF JUDGME
          TIME:  11:13:00                     COUNTY: 43   RICHMOND
   EFFECTIVE DATE: 10/25/2004                   COURT:
          TIME:  11:43:00             TOTAL DEBTORS: 02   UPDATED: N
   CLERK/SEQ #  :  KMILLER   016       INDEX NUMBER:
                    *** DEBTOR/CORPORATION ***
   NAME    FORMAT I  : RUSSO,JAMES
     ADDRESS   NUMBER: 2901     STREET:  AMBOY ROAD
               CITY  : STATEN ISLAND NY        ZIP CODE:  10306
     OCCUPATION      :

                    *** CREDITOR ***
   NAME    FORMAT C  : TAX COMPLIANCE DIVISION
     ADDRESS   NUMBER: 80-20    STREET:  KEW GARDENS ROAD
               CITY  : KEW GARDENS NY         ZIP CODE:  11415

        AMOUNT:        $119424.62
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

33

```
        *** DOCKETING DATA ***          *** SOURCE DOCUMENT ***
 DOCKETING DATE: 07/20/2006              TYPE:  TJ  TRANSCRIPT OF JUDGME
        TIME: 11:13:00                   COUNTY: 43  RICHMOND
 EFFECTIVE DATE: 10/25/2004              COURT:
        TIME: 11:46:00              TOTAL DEBTORS: 02   UPDATED: N
 CLERK/SEQ #  :  KMILLER    018      INDEX NUMBER:
              *** DEBTOR/CORPORATION ***
   NAME    FORMAT I  : RUSSO,JAMES
      ADDRESS   NUMBER: 2901    STREET:  AMBOY ROAD
              CITY : STATEN ISLAND NY       ZIP CODE:  10306
      OCCUPATION    :

                *** CREDITOR ***
   NAME    FORMAT C  : TAX XOMPLIANCE DIVISION
      ADDRESS   NUMBER: 80-20    STREET:  KEW GARDENS ROAD
              CITY : KEW GARDENS NY         ZIP CODE:  11415

          AMOUNT:        $10627.44
   INTERIM DISPOSITION:
 ENTER CONTROL NUMBER FOR NEXT INQUIRY
 PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

34

Case 1:07-cv-05460-WHP   Document 38-3   Filed 04/03/2008   Page 5 of 22

```
   *** DOCKETING DATA ***         *** SOURCE DOCUMENT ***
DOCKETING DATE: 07/20/2006              TYPE: TJ   TRANSCRIPT OF JUDGME
         TIME: 11:13:00               COUNTY: 43   RICHMOND
EFFECTIVE DATE: 03/02/2005             COURT:
         TIME: 14:35:00          TOTAL DEBTORS: 01   UPDATED: N
CLERK/SEQ #  :  KMILLER   020      INDEX NUMBER:
              *** DEBTOR/CORPORATION ***
 NAME    FORMAT I  : RUSSO,JAMES
   ADDRESS   NUMBER: 2901     STREET: AMBOY ROAD
             CITY : STATEN ISLAND NY      ZIP CODE: 10306
   OCCUPATION    :
              *** CREDITOR ***
 NAME    FORMAT C  : TAX COMPLIANCE DIVISION
   ADDRESS   NUMBER: 80-20     STREET: KEW GARDENS RD
             CITY : KEW GARDENS NY        ZIP CODE: 11415

      AMOUNT:        $64230.15
  INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

35

Case 1:07-cv-05469-WHP : Document 38-31   Filed 04/03/2008   Page 6 of 22

```
   *** DOCKETING DATA ***              *** SOURCE DOCUMENT ***
DOCKETING DATE: 07/20/2006                    TYPE: TJ  TRANSCRIPT OF JUDGME
          TIME: 11:13:00                    COUNTY: 43  RICHMOND
EFFECTIVE DATE: 01/06/2006                    COURT:
          TIME: 03:28:00                TOTAL DEBTORS: 02   UPDATED: N
 CLERK/SEQ #  : KMILLER    021          INDEX NUMBER:
                    *** DEBTOR/CORPORATION ***
 NAME    FORMAT I   : RUSSO,JAMES
    ADDRESS    NUMBER: 2901     STREET:  AMBOY ROAD
             CITY  : STATEN ISLAND NY       ZIP CODE:  10306
    OCCUPATION     :

                       *** CREDITOR ***
 NAME    FORMAT C   : TAX COMPLIANCE DIVISION
    ADDRESS    NUMBER: 80-20    STREET:  KEW GARDENS ROAD
             CITY  : KEW GARDFENS NY        ZIP CODE:  11415

         AMOUNT:          $6015.93
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

36

# OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2004071502533001001E6900

## RECORDING AND ENDORSEMENT COVER PAGE

**PAGE 1 OF 3**

| | | |
|---|---|---|
| Document ID: 2004071502533001 | Document Date: 06-17-2004 | |
| Document Type: INITIAL UCC1 | | Preparation Date: 07-15-2004 |
| Document Page Count: 2 | | FIXTURE FILING |

**PRESENTER:**

FIRST AMERICAN TITLE INS. CO., HUDSON VALLEY
188 EAST POST RD. (PICK-UP)
3008-24920
WHITE PLAINS, NY 10601
914-428-3433

**RETURN TO:**

CONWAY FARRELL CURTIN & KELLY PC
48 WALL ST. 20TH FL.
NEW YORK, NY 10005

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1540 | 36 | | 222 EAST 95TH ST. |
| **Property Type:** NOT APPLICABLE | | | | |

### CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or _____ Year____ Reel ___ Page _____ or File Number_____

### PARTIES

**DEBTOR:**

222 EAST 95TH OWNERS CORP.
4 EAST 64TH ST.
NEW YORK, NY 10021

**SECURED PARTY:**

THE DIME SAVINGS BANK OF WILLIAMSBURGH
209 HAVEMEYER ST.
BROOKLYN, NY 11211

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Recording Fee: $ | 40.00 |
| Taxable Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: | |
| TAXES: County (Basic): | $ | 0.00 | $ | 0.00 |
| City (Additional): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| Spec (Additional): | $ | 0.00 | $ | 0.00 |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed          07-28-2004 15:30
City Register File No.(CRFN):
            2004000464768

*Rochelle Patrice*

*City Register Official Signature*

37

3008-24920

222 EAST 95TH STREET
COUNTY OF NEW YORK

**FINANCING STATEMENT:** (FILED IN THE NEW YORK COUNTY REGISTER'S OFFICE)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CONWAY, FARRELL, CURTIN & KELLY P.C.
FORTY EIGHT WALL STREET, 20TH FLOOR
NEW YORK, NEW YORK 10005 USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **222 EAST 95TH OWNERS CORP.** | | | | |

OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4 East 64th Street | New York | NY | 10021 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | New York | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **THE DIME SAVINGS BANK OF WILLIAMSBURGH** | | | | |

OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 209 HAVEMEYER STREET | BROOKLYN | NY | 11211 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL FIXTURES, CHATTELS AND ITEMS OF
PERSONAL PROPERTY, NOW OR HEREAFTER
ATTACHED TO OR USED IN CONNECTION
WITH THE PREMISES DESCRIBED HEREIN
222 EAST 95TH STREET
NEW YORK, NEW YORK

SECTION 5     BLOCK 1540     LOT 36

COUNTY OF NEW YORK

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]  7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
B&M#:12732

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)    2004071500354

38

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR    **222 EAST 95TH OWNERS CORP.**

9b. INDIVIDUAL'S LAST NAME    FIRST NAME    MIDDLE NAME,SUFFIX

10. MISCELLANEOUS:

222 EAST 95TH OWNERS CORP.

BY: _____

LOUIS V. MAZZELLA, JR., VICE PRESIDENT

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR    11b. INDIVIDUAL'S LAST NAME    FIRST NAME    MIDDLE NAME    SUFFIX

11c. MAILING ADDRESS    CITY    STATE    POSTAL CODE    COUNTRY

11d. SEE INSTRUCTIONS    ADD'L INFO RE ORGANIZATION DEBTOR    11e. TYPE OF ORGANIZATION    11f. JURISDICTION OF ORGANIZATION    11g. ORGANIZATIONAL ID #, if any

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S  NAME - insert only one name (12a or 12b)    ☐ NONE

12a. ORGANIZATION'S NAME

OR    12b. INDIVIDUAL'S LAST NAME    FIRST NAME    MIDDLE NAME    SUFFIX

12c. MAILING ADDRESS    CITY    STATE    POSTAL CODE    COUNTRY

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☑ fixture filing.

14. Description of real estate:

222 EAST 95TH STREET
NEW YORK, NEW YORK

SECTION    5
BLOCK    1540
LOT    36

COUNTY OF NEW YORK

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust  or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years.

☐ Filed in connection with a Public-Finance Transaction — effective 30 years.

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

39

222 EAST 95™ STREET
COUNTY OF NEW YORK

FINANCING STATEMENT: (FILED IN THE OFFICE OF THE SECRETARY OF STATE IN ALBANY)

3008-24920
(ST)

① 539993          2004 JUL 19 PM 1:10

52

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

    CONWAY, FARRELL, CURTIN & KELLY P.C.
    FORTY EIGHT WALL STREET, 20TH FLOOR
    NEW YORK, NEW YORK 10005 USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 222 EAST 95TH OWNERS CORP. | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4 East 64th Street | New York | NY | 10021 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Corporation | New York | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| THE DIME SAVINGS BANK OF WILLIAMSBURGH | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 209 HAVEMEYER STREET | BROOKLYN | NY | 11211 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL FIXTURES, CHATTELS AND ITEMS OF
PERSONAL PROPERTY, NOW OR HEREAFTER
ATTACHED TO OR USED IN CONNECTION
WITH THE PREMISES DESCRIBED HEREIN
222 EAST 95TH STREET
NEW YORK, NEW YORK

SECTION 5     BLOCK 1540     LOT 36

COUNTY OF NEW YORK

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

B&M#:12732

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## FILING NUMBER: 200407190744833

40

**UCC FINANCING STATEMENT ADDENDUM**     539993

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

2004 JUL 19 PM 1:10

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| OR | 9a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| | 222 EAST 95TH OWNERS CORP. | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

10. MISCELLANEOUS:

222 EAST 95TH OWNERS CORP.

BY: _____

LOUIS V. MAZZELLA, JR., VICE PRESIDENT

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| OR | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | □ NONE |
|---|---|---|---|---|---|

12. □ ADDITIONAL SECURED PARTY'S or □ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| OR | 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers □ timber to be cut or □ as-extracted collateral, or is filed as a ☑ fixture filing.

14. Description of real estate:

222 EAST 95TH STREET
NEW YORK, NEW YORK

SECTION    5
BLOCK      1540
LOT        36


COUNTY OF NEW YORK

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description:

17. Check only if applicable and check only one box.
Debtor is a □ Trust or □ Trustee acting with respect to property held in trust or □ Decedent's Estate

18. Check only if applicable and check only one box.
□ Debtor is a TRANSMITTING UTILITY
□ Filed in connection with a Manufactured-Home Transaction — effective 30 years
□ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

41

222 EAST 95TH STREET
COUNTY OF NEW YORK

**JUDGMENT:**

NYC DEPARTMENT OF FINANCE
25 ELM PLACE
BROOKLYN, NY
VS.
222 E 95 ST OWNERS CORP
1697 BROADWAY
NEW YORK, NY

DOCKETED: 2/5/1992
PERFECTED: 1/2/1992
COURT: WARRANT
AMOUNT: $686.70

42

222 EAST 95TH STREET
COUNTY OF NEW YORK


**MORTGAGES ON PREMISES:**


MORTGAGE RECORDED IN REEL 683 PAGE 774;

MORTGAGE RECORDED IN REEL 683 PAGE 785;

MORTGAGE RECORDED IN REEL 1240 PAGE 2394;

MORTGAGE RECORDED IN CRFN# 2004000619595;

AS CONSOLIDATED TO FORM A SINGLE LIEN IN THE AMOUNT OF $1,000,000.00,
BY CONSOLIDATION AGREEMENT RECORDED 10/5/2004 IN CRFN# 2004000619597,
AND HELD OF RECORD BY:-

THE DIME SAVINGS BANK OF WILLIAMSBURGH

43

## ABSTRACTERS' INFORMATION SERVICE, INC.

1111 MARCUS AVENUE • SUITE M2214 LAKE SUCCESS, N.Y. 11042
PHONE: (516)918-4600     FAX (516)918-4540

---

**TAX SCHEDULE**

THE TAX SEARCH MADE HEREIN
COVERS ONLY THE PREMISES
SHOWN ON THE ATTACHED DIAGRAM
AND NO SEARCH IS MADE AGAINST
ANY PART OF THE STREET WHICH
SAID PREMISES ABUTS.
SPECIAL METER READING REQUIRED
ON ALL METERED ACCTS ** COMPANY
EXCEPTS ALL WATER AND SEWER CHARGES
FROM THE LAST ACTUAL READING TO THE
DATE OF CLOSING. **

| TAX DIAGRAM ATTACHED | | **Vault Information:** |
|---|---|---|
| | | NO OPEN VAULT CHARGES FOUND AT DOF. |

COUNTY MANHATTAN  SECTION 05          BLOCK 1540        LOT 36

| ASSESSED VALUATION 2006/2007 | LAND $117,000 | TOTAL $416,070 | (FINAL) |
|---|---|---|---|
| NO EXEMPTIONS | $0 | $0 | |
| ASSESSED VALUATION 2005/2006 | LAND $130,500 | TOTAL $360,720 | |
| NO EXEMPTIONS | $0 | $0 | |

---

DISPOSITION

**RETURNS**

NYC-RPAD:   222 EAST 95 STREET
REQUESTED: 222 EAST 95 STREET
AKA:
OWNER (NYC-RPAD):  LOUIS MAZZELLA IRREV
OWNER (PER CLIENT): LOUIS MAZZELLA IRREV
BUILDING CLASS: C6 TAX RATE - 12.396 %

NOTE: THE FOLLOWING CHARGES ARE AT THE NYC'S DEPARTMENT
      OF ENVIRONMENTAL PROTECTION (CIS SYSTEM).

ACCT # 9000136003001
----------------------
2006/07 WATER AND SEWER RENT ENT 07/01/06 - 9541.78 PAID
(FROM 07/01/06 TO 06/30/07)

OFFICIAL METER # N83003496 (SET 09/05/96) NO CHARGES POSTED

FINAL METER READING AND/OR FLAT-RATE ACCOUNT RECONCILIATION
REQUIRED ON ALL ACCOUNTS TO VALIDATE WATER AND SEWER CHARGES
UPON TRANSFER OF PROPERTY OWNERSHIP TO ENSURE THAT A PROPERTY
WILL NOT BE BILLED RETROACTIVELY FOR CHARGES NOT CURRENTLY
POSTED. COMPANY EXCEPTS ALL WATER AND SEWER CHARGES FROM THE
LAST ACTUAL READING TO THE DATE OF CLOSING.

*** SEE NEXT PAGE ***

Except water meter and sewer rental charges accruing since the date of the last reading and building purpose for unfixed frontage charges subsequently entered. Search does not guarantee against new meters set by meter dept. but not entered at DEP. Search does not guarantee against items not a lien up to date shown hereon. Search does not guarantee against pending assessments or against installments for assessments due after date shown hereon. Exempt Property Restored "Factors" (if any) shown above represent the difference between the actual tax shown and what the tax would have been had there been no exemption. Restored tax is figured on a pro-rata basis from date of deed to end of fiscal year of each tax so affected. Tax search does not guarantee against any claims resulting from levies of restored taxes. Recent payments of any open items returned on this tax search may not yet be reflected on the public record. Therefore, request the seller or buyer to have the receipted bills available at the closing. (PAID UNOFFICIALLY) signifies recent payments not yet cleared by City collector. The returns are guaranteed to block and lot only. Search does not guarantee against possible vault charges. This search is prepared exclusively for MODERN ABSTRACT CORPORATION. 0816-141987

44

# ABSTRACTERS' INFORMATION SERVICE, INC. -- PAGE 2

### TITLE NO. 0818-141987

BBL  :1-01540-0036/0    LOCATION: 222 EAST 95 STREET    MANHATTAN                                PAYMENTS THRU : 10/02/2006
BLDG CLS : C6 TAX CLS : 2    IN REM :  N  EXEMPTION : N

UNUSED SCRIE CREDIT : .00

| | | ENTER DATE | INT B DATE | TRANS | TYPE/ID | ITEM | | |
|---|---|---|---|---|---|---|---|---|
| | | | PROCESS DATE | | OR NOTE | IND | LIABILITY | COLLECTION |
| PEST CONTROL INSPECTION | 10/01/2006 | 04/25/2006 | | | | | | |
| | | 07/17/2006 | | | | | | |
| | | 07/17/2006 | | 001 | INTIAL CHRGE | C1 | 45.00 | .00 |
| | | 09/01/2006 | | 004 | SALES TAX | C1 | 3.76 | .00 |
| | | | | 722 | INTEREST | XX | .00 | .00 |
| | | | | PERIOD BALANCE: | | | 48.76 OPEN | |

| REAL ESTATE 05/06 | 1st Quarter - DUE | 07/01/2005 | | | Assessed Value: 360,720.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | | 04/01/2005 | | 223 | PAY RECEIVED | P1 | .00 | 378.43 |
| | | 06/01/2005 | | 722 | INTEREST | XX | .00 | .00 |
| | | 06/10/2005 | | 001 | INTIAL CHRGE | C1 | 11,016.39 | .00 |
| | | 07/01/2005 | | 202 | PAYMENT | P1 | .00 | 11,016.39 |
| | | 07/01/2005 | | 224 | PAY TRANSFER | P1 | .00 | -378.43 |
| | | 07/06/2005 | | 301 | REF. REQUEST | XX | .00 | .00 |
| | | | | PERIOD BALANCE: | | | .00 | |

| REAL ESTATE 05/06 | 2nd Quarter - DUE | 10/01/2005 | | | Assessed Value: 360,720.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | | 06/01/2005 | | 722 | INTEREST | XX | .00 | .00 |
| | | 06/10/2005 | | 001 | INTIAL CHRGE | C1 | 11,016.39 | .00 |
| | | 07/01/2005 | | 223 | PAY RECEIVED | P1 | .00 | 378.43 |
| | | 09/02/2005 | | 722 | INTEREST | XX | .00 | .00 |
| | | 10/01/2005 | | 202 | PAYMENT | P1 | .00 | 11,016.39 |
| | | 10/01/2005 | | 224 | PAY TRANSFER | P1 | .00 | -378.43 |
| | | 10/06/2005 | | 301 | REF. REQUEST | XX | .00 | .00 |
| | | | | PERIOD BALANCE: | | | .00 | |

| REAL ESTATE 05/06 | 3rd Quarter - DUE | 01/01/2006 | | | Assessed Value: 360,720.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | | 06/01/2005 | | 722 | INTEREST | XX | .00 | .00 |
| | | 06/10/2005 | | 001 | INTIAL CHRGE | C1 | 11,016.39 | .00 |
| | | 09/02/2005 | | 722 | INTEREST | XX | .00 | .00 |
| | | 10/01/2005 | | 223 | PAY RECEIVED | P1 | .00 | 378.43 |
| | | 11/11/2005 | | 677 | TX RATE ADJ. | C1 | 324.64 | .00 |
| | | 11/21/2005 | | 722 | INTEREST | XX | .00 | .00 |
| | | 01/01/2006 | | 202 | PAYMENT | P1 | .00 | 11,341.03 |
| | | 01/01/2006 | | 224 | PAY TRANSFER | P1 | .00 | -378.43 |
| | | 01/06/2006 | | 301 | REF. REQUEST | XX | .00 | .00 |
| | | | | PERIOD BALANCE: | | | .00 | |

| REAL ESTATE 05/06 | 4th Quarter - DUE | 04/01/2006 | | | Assessed Value: 360,720.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | | 06/01/2005 | | 722 | INTEREST | XX | .00 | .00 |
| | | 06/10/2005 | | 001 | INTIAL CHRGE | C1 | 11,016.39 | .00 |
| | | 09/02/2005 | | 722 | INTEREST | XX | .00 | .00 |
| | | 11/11/2005 | | 677 | TX RATE ADJ. | C1 | 324.64 | .00 |
| | | 11/21/2005 | | 722 | INTEREST | XX | .00 | .00 |
| | | 01/01/2006 | | 223 | PAY RECEIVED | P1 | .00 | 378.43 |
| | | 02/24/2006 | | 722 | INTEREST | XX | .00 | .00 |
| | | 02/24/2006 | | 722 | INTEREST | XX | .00 | .00 |
| | | 04/01/2006 | | 202 | PAYMENT | P1 | .00 | 11,341.03 |
| | | 04/01/2006 | | 224 | PAY TRANSFER | P1 | .00 | -30.67 |
| | | 04/01/2006 | | 224 | PAY TRANSFER | P1 | .00 | -347.76 |
| | | 04/03/2006 | | 301 | REF. REQUEST | XX | .00 | .00 |
| | | 06/09/2006 | | 722 | INTEREST | XX | .00 | .00 |
| | | | | PERIOD BALANCE: | | | .00 | |

*** SEE NEXT PAGE ***

45

# ABSTRACTERS' INFORMATION SERVICE, INC. -- PAGE 3

### TITLE NO. 0818-141987

| | | | | | | Assessed Value: | | |
|---|---|---|---|---|---|---|---|---|
| REAL ESTATE 06/07 | 1st Quarter - DUE | 07/01/2006 | | | Assessed Value: | 416,070.00 | | |
| | | 04/01/2006 | | 223 | PAY RECEIVED | P1 | .00 | 347.76 |
| | | 06/08/2006 | | 001 | INTIAL CHRGE | C1 | 12,894.01 | .00 |
| | | 06/09/2006 | | 722 | INTEREST | XX | .00 | .00 |
| | | 07/01/2006 | | 202 | PAYMENT | P1 | .00 | 12,894.01 |
| | | 07/01/2006 | | 224 | PAY TRANSFER | P1 | .00 | -347.76 |
| | | 07/08/2006 | | 301 | REF. REQUEST | XX | .00 | .00 |
| | | 09/01/2006 | | 722 | INTEREST | XX | .00 | .00 |
| | | | PERIOD BALANCE: | | | | .00 | |

| | | | | | | Assessed Value: | | |
|---|---|---|---|---|---|---|---|---|
| REAL ESTATE 06/07 | 2nd Quarter - DUE | 10/01/2006 | | | Assessed Value: | 416,070.00 | | |
| | | 06/08/2006 | | 001 | INTIAL CHRGE | C1 | 12,894.01 | .00 |
| | | 06/09/2006 | | 722 | INTEREST | XX | .00 | .00 |
| | | 07/01/2006 | | 223 | PAY RECEIVED | P1 | .00 | 347.76 |
| | | 09/01/2006 | | 722 | INTEREST | XX | .00 | .00 |
| | (PAID UNOFFICIALLY) | 10/01/2006 | 10/03/2006 | 202 | PAYMENT | P1 | .00 | 12,894.01 |
| | | 10/03/2006 | | 301 | REF. REQUEST | XX | .00 | .00 |
| | | | PERIOD BALANCE: | | | | -347.76 CR | |

| | | | | | | Assessed Value: | | |
|---|---|---|---|---|---|---|---|---|
| REAL ESTATE 06/07 | 3rd Quarter - DUE | 01/01/2007 | | | Assessed Value: | 416,070.00 | | |
| | | 06/08/2006 | | 001 | INTIAL CHRGE | C1 | 12,894.01 | .00 |
| | | 06/09/2006 | | 722 | INTEREST | XX | .00 | .00 |
| | | 09/01/2006 | | 722 | INTEREST | XX | .00 | .00 |
| | | | PERIOD BALANCE: | | | | 12,894.01 OPEN | |

| | | | | | | Assessed Value: | | |
|---|---|---|---|---|---|---|---|---|
| REAL ESTATE 06/07 | 4th Quarter - DUE | 04/01/2007 | | | Assessed Value: | 416,070.00 | | |
| | | 06/08/2006 | | 001 | INTIAL CHRGE | C1 | 12,894.01 | .00 |
| | | 06/09/2006 | | 722 | INTEREST | XX | .00 | .00 |
| | | 09/01/2006 | | 722 | INTEREST | XX | .00 | .00 |
| | | | PERIOD BALANCE: | | | | 12,894.01 OPEN | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RENT STABLIZATION #536401 | 01/01/2006 | 03/31/2005 | | | | | | |
| | | 06/01/2005 | | 722 | INTEREST | XX | .00 | .00 |
| | | 06/08/2005 | | 001 | INTIAL CHRGE | C1 | 30.00 | .00 |
| | | 09/02/2005 | | 722 | INTEREST | XX | .00 | .00 |
| | | 11/21/2005 | | 722 | INTEREST | XX | .00 | .00 |
| | | 02/24/2006 | | 722 | INTEREST | I1 | .67 | .00 |
| | | 02/24/2006 | | 722 | INTEREST | XX | .00 | .00 |
| | | 04/01/2006 | | 223 | PAY RECEIVED | P1 | .00 | 30.67 |
| | | 06/09/2006 | | 722 | INTEREST | XX | .00 | .00 |
| | | | PERIOD BALANCE: | | | | .00 | |

SUBJECT TO CONTINUATION PRIOR TO CLOSING - NOTHING ELSE FOUND 10/10/06.

*** END OF HISTORY ***

Except water meter and sewer rental charges accruing since the date of the last reading and building purpose for unfixed frontage charges subsequently entered. Search does not guarantee against new meters set by meter Dept. but not entered at DEP. Search does not guarantee against items not a lien up to date shown hereon. Search does not guarantee against pending assessments or against installments for assessments due after date shown hereon. Exempt Property Restored "Factors" (if any) shown above represent the difference between the actual tax shown and what the tax would have been had there been no exemption. Restored tax is figured on a pro-rata basis from date of deed to end of fiscal year of each tax so affected. Tax search does not guarantee against any claims resulting from levies of restored taxes. Recent payments of any open items returned on this tax search may not yet be reflected on the public record. Therefore, request the seller or buyer to have the receipted bills available at the closing. (PAID UNOFFICIALLY) signifies recent payments not yet cleared by City Collector. The returns are guaranteed to block and lot only. Search does not guarantee against possible vault charges. This search is prepared exclusively for MODERN ABSTRACT CORPORATION. 0818-141987

46

## A.I.S. REAL PROPERTY SOLUTIONS, LLC

1111 MARCUS AVENUE · SUITE MZ214 LAKE SUCCESS, N.Y. 11042
PHONE: (516)918-4600    FAX (516)918-4540

Dear Clients:

In order to insure a smooth transaction, a special meter reading and/or final review of the account/property is suggested prior to closing. Below is an application for a final review. Please fill out the attached request and forward it along with a check in the sum of $125.00, plus $25.00 for each additional meter to A.I.S. REAL PROPERTY SOLUTIONS, LLC. The final review should take approximately two weeks.

---

### REQUEST FOR FINAL METER READING

DATE:   10/10/06

A.I.S. REAL PROPERTY SOLUTIONS, LLC
1111 Marcus Avenue - Suite MZ214
Lake Success, New York 11042
Attn: New York City Tax Group

RE:     **Special Meter Reading**
        Premises:222 EAST 95 STREET
               BLOCK 01540 LOT 00036
               County: MANHATTAN

        Title #: 0818-141987

New Owners Name Required:_____

Please arrange a special meter reading and/or final review for the above referenced property.  Attached please find a check in the amount of $125.00, plus $25.00 for each additional meter payable to A.I.S. REAL PROPERTY SOLUTIONS, LLC.  The following names are to be used as your contacts for the appointment:

1. Contact Name:_____ Phone #:(    )____-_____

2. Contact Name:_____ Phone #:(    )____-_____

I understand that it is my responsibility to keep the appointment made with the D.E.P. and that a second fee to D.E.P. will be required in the event the appointment is missed.  It is clear that all conflicts must be resolved directly with D.E.P.

                         Sincerely,

                         _____
                         (Print name)

                         _____
                         (Signature)

47

Standard N. Y. B. T. U. Form 100          Bargain and Sale Deed, with Covenant against Grantor's Acts—Individual or Corporation (Single Sheet)

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY**

REEL 1374 PG 1483

**THIS INDENTURE**, made the 11th day of February, nineteen hundred and eighty-eight

**BETWEEN** 222 EAST 95th STREET CORP., having an office at
350 Fifth Avenue, New York, New York

party of the first part, and    222 EAST 95th OWNERS CORP., with offices c/o
COHEN LIFASHOK, ADE. 45 STREET, New York, N.Y.

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of Ninety Fifth Street, distant Two Hundred and Forty Eight Feet Nine inches Westerly from the intersection of the southerly side of Ninety Fifth Street and the westerly side of Second Avenue; and

RUNNING THENCE Southerly parallel with Second Avenue and part of the way through a party wall, One Hundred foot eight and one half inches to the middle line of the block;

THENCE Westerly along said line, twenty five foot;

THENCE Northerly parallel with Second Avenue and part of the way through another party wall, One Hundred foot eight and one half inches to the southerly side of Ninety Fifth Street; and

THENCE Easterly along the southerly side of Ninety Fifth Street, Twenty five foot to the point or place of BEGINNING.

SAID PREMISES being known as 222 East 95th Street, New York, New York.

Being and intended to be the same premises conveyed to the party of the first part by deed dated May 26, 1987, and recorded on June 5, 1987 in Reel 1240, Page 2393.

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; **TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises; **TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

In Presence of:

222 EAST 95th STREET CORP.

By _____
Anton Philipp, President

49



REEL 1374 PO 1404

STATE OF NEW YORK, COUNTY OF                    ss.
On the          day of                19    , before me
personally came

to me known to be the individual    described in and who
executed the foregoing instrument, and acknowledged that
executed the same.

STATE OF NEW YORK, COUNTY OF                    ss.
On the          day of                19    , before me
personally came

to me known to be the individual    described in and who
executed the foregoing instrument, and acknowledged that
executed the same.

STATE OF NEW YORK, COUNTY OF    New York    ss.
On the 11th day of February    19 88 , before me
personally came    Anton Philipp
to me known, who, being by me duly sworn, did depose and
say that    he resides at No.  350 Fifth Avenue
New York, N.Y.
that   he is the  President
of 222 East 95th Street Corp.,
                        the corporation described
in and which executed the foregoing instrument; that he knows
the seal of said corporation; that the seal affixed
to said instrument is such corporate seal; that it was so affixed
by order of the Board of Directors of said corporation, and that
he signed h   name thereto by like order.
OF THE BOARD OF DIRECTORS

                NOTARY PUBLIC
                DEAN LANZINI
        Notary Public, State of New York
                No. 24-4A681189
            Qualified in Kings County
        Commission Expires May 12

STATE OF NEW YORK, COUNTY OF                    ss.
On the          day of                19    , before me
personally came
the subscribing witness to the foregoing instrument, with
whom I am personally acquainted, who, being by me duly
sworn, did depose and say that   he resides at No.

that   he knows

                                    to be the individual
described in and who executed the foregoing instrument;
that   he, said subscribing witness, was present and saw
                execute the same   and that   he, said witness,
at the same time subscribed h   name as witness thereto.

Bargain and Sale Deed
WITH COVENANT AGAINST GRANTOR'S ACTS
TITLE No.    741.566-A

222 EAST 95th STREET CORP.,
            TO
222 EAST 95th OWNERS CORP.,

09698

Recorded at the Request of
ROYAL ABSTRACT CORP.
            225 BROADWAY
        NEW YORK, N.Y. 10007
        TEL. (212) 962-7800

RETURN TO?

RETURN BY MAIL TO:

EDWARD LUKASHOK, ESQ.,
122 EAST 42nd STREET
NEW YORK, N.Y.

Zip No. 10168

RECORDED IN NEW YORK C...

OFFICE OF THE CITY...

1988 MAR -6  A 11 24

Albany, NY
800-828-0938

**Debtor Name:**

# JAMES RUSSO

**Indices Searched:**

### Pending Suit Search

**Jurisdiction:**    NY, New York County

**Thru Date:**    11/18/2007

**Results:**

### 6 CASES 60 COPIES

Prepared by NCR Julianne Leiser

51