Exhibit B

RECYCLED



Health ✈ Insurance

S O C I A L    S E C U R I T Y    A C T

NAME OF BENEFICIARY

JAMES RUSSO

CLAIM NUMBER                                    SEX

-7467-                                          MALE

                                                EFFECTIVE DATE
IS L....) TO

HOSPITAL INSURANCE    1-1-88
MEDICAL INSURANCE     1-1-88

SIGN
HERE ▷ _____ _____

Commissioner of Social Security
ID:344 616 966



DRIVER LICENSE

DOB:01-24-23
RUSSO,JAMES
2901 AMBOY RD
STATEN ISLAND NY    10306
SEX: M EYES: BR  HT: 5-05  CLASS: D
E:        R:
ISSUED: 01-10-05  EXPIRES 01-24-13

James Russo

23881560



SOCIAL SECURITY

*4259

THIS NUMBER HAS BEEN ESTABLISHED FOR

JAMES A RUSSO

*James A. Russo*
SIGNATURE



*Commissioner of Motor Vehicles*
ID:840 858 932

## DRIVER LICENSE

DOB:11-18-60
RUSSO,JAMES,A
2901 AMBOY RD
STATEN ISLAND  NY    10306
SEX:M EYES: BR  HT: 5-07   CLASS: D
E:        R:
ISSUED: 11-18-02    EXPIRES. 11-18-10

60678260

Exhibit C

RECYCLED

**AB**

Creditor Info:
NYS CHILD SUPPORT ENFORCEMENT
- - - PO BOX 5350
ALBANY NY 12205-0350

Amount: $10,915.39
--------------------------------------------------------------------
Block:        Lot:                          Control No. 000248368-01
Book Type -- Judgments Docket               Index # E333907450022
Judgment Type: NY STATE TAX WARRANT         Effective Date: 11/10/2006
Court:                                      Expiration Date: 11/13/2026
                                            Docket Date:11/14/2006
Debtor Info:
RUSSO, JAMES
222    E 95TH ST
NEW YORK          NY 10128-

Creditor Info:
NY STATE DEP'T OF TAXATION AND FINANCE
80-02  KEW GARDENS ROAD
KEW GARDENS NY        11415-

Amount: $63,686.69

COM:11/14/2006-JAMES RUSSO INDIVIDUALLY AND AS RESPONSIBLE PERSON OF
    ALL-TECH INVESTI            GATIONS, LTD.            222 E 95TH
    ST            NEW YORK            , NY
    10128
COM:07/12/2007-RECEIPT FOR TRANSCRIPT FILED IN QUEENS COUNTY
    MAY 22 2007
--------------------------------------------------------------------
                                            Control No. 000248802-01
                                            Index # 27170
Book Type -- Federal Tax Lien              Effective Date: 10/04/2006
Judgment Type: FEDERAL TAX LIEN            Expiration Date: 11/16/2016
Court:                                      Docket Date:11/16/2006

Debtor Info:
RUSSO, JAMES
2901   AMBOY ROAD
SI NY            10306-

Creditor Info:


Amount: $624,772.11
--------------------------------------------------------------------
                                            Control No. 000024376-02
                                            Index # 5211783
Book Type -- Judgments Docket              Effective Date: 08/07/1987
Judgment Type: TRANSCRIPT OF JUDGMENT      Expiration Date: 08/07/2009
Court: Civil Court                          Docket Date:01/17/1989
Debtor Info:
RUSSO, JAMES D
32 7 BEDFORD AVE
SI NY

Creditor Info:
AC EQUITIES INC

Exhibit D

RECYCLED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JAMES RUSSO,

      Plaintiff,       :

   - against -        :

MP222 LLC, 222 EAST 95th STREET  : **<u>JUDGMENT</u>**
OWNERS CORP., COMMISSIONER OF SOCIAL
SERVICES OF THE CITY OF NEW YORK, NEW :
YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, NEW YORK CITY DEPARTMENT : 07 Civ. 5469 (WHP)
OF FINANCE, MERRILL LYNCH CREDIT
CORPORATION and the INTERNAL REVENUE :
SERVICE OF THE UNITED STATES OF AMERICA,
            :

       Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,    :

     Counterclaim, Crossclaim :
     and Third-Party Plaintiff,

            :

   - against -        :

JAMES RUSSO,

     Counterclaim Defendant.

            :

    -and-

            :

MP222 LLC, 222 EAST 95th STREET
OWNERS CORP., COMMISSIONER OF SOCIAL
SERVICES OF THE CITY OF NEW YORK, NEW :
YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, NEW YORK CITY DEPARTMENT :
OF FINANCE, MERRILL LYNCH CREDIT
CORPORATION,         :

     Crossclaim Defendants,

            :

   and

JAMES A. RUSSO, JOHN DOES NOS. 1-10 and
JANE DOES NOS. 1-10,      :

     Third-Party Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This action having been commenced on May 17, 2007, with the filing of a Summons

and Complaint and Order to Show Cause with the Clerk of the Court, New York County,

Supreme Court of the State of New York, bearing Index No. 601661/2007, and

Pursuant to a Notification of Removal dated June 8, 2007, this case was removed in its

entirety to this Court (hereinafter referred to as "NYS"); and,

Pursuant to a Stipulation of Settlement executed by all parties and So Ordered by this

Court

Now, upon motion of Richard C. Agins, Esq. for Agins, Siegel, Reiner & Bouklas,

LLP, attorneys for Plaintiff:

IT IS ORDERED AND ADJUDGED that Plaintiff James Russo have judgment:

1.    The judgment entered by *Lottie Rose, Eugene Wisner, Arkady Chayka and Just More Real Roses v. James Russo*, said defendant residing at 32 Reservoir Road, New City, New York, effective May 22, 1987, docketed in New York County on October 21, 1987, in the amount of $237,545.59 is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

2.    The judgment entered by *Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, Asbestos Training Program Fund, Industry Fund, Legal Services Fund, Building Contractors Advancement Program and Paul D. Ragone, in his fiduciary capacity as Administrator v. James Russo*, filed with the County Clerk of New York County, docketed on July 15, 1993, effective February 1, 1993, in the amount of $3,852.64, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

3.    The judgment entered by *Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, Asbestos Training Program Fund, Industry Fund, Legal Services Fund, Building Contractors Advancement Program and Paul D. Ragone, in his fiduciary capacity as Administrator v. James Russo*, filed with the County Clerk of New York County, docketed on July 15, 1993, effective February 1, 1993, entered in the United States District Court for the Southern District of New York, in the amount of $745.14 , is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares

appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

      4.      The judgment entered by *Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, Asbestos Training Program Fund, Industry Fund, Legal Services Fund, Building Contractors Advancement Program and Paul D. Ragone, in his fiduciary capacity as Administrator v. James Russo*, filed with the County Clerk of New York County, docketed on December 9, 1993, effective January 29, 1993, in the amount of $3,852.64, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

      5.      The judgment entered by *Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, Asbestos Training Program Fund, Industry Fund, Legal Services Fund, Building Contractors Advancement Program and Paul D. Ragone, in his fiduciary capacity as Administrator v. James Russo* filed with the County Clerk of New York County, docketed on December 9, 1993, effective January 29, 1993 of a Judgment entered in the United States District Court for the Southern District of New York, in the amount of $745.14, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

      6.      The judgment entered pursuant to an action in the Family Court of the State Of New York, New York County, Child Support Enforcement Term, entitled *Commissioner of the Department of Social Services on behalf of Valerie Boutreau v. James Russo*, effective on May 2, 1994, docketed in the New York County Clerk's Office on January 11, 1994, in the amount of $10,131.50 plus interest, under Index Number P19564/89A000, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

      7.      The judgment entered on July 9, 2003, pursuant to an action in the Family Court of the State of New York, New York County, Child Support Enforcement Term, entitled *Commissioner of the Department of Social Services on behalf of Valerie Boutreau v. James Russo*, docketed in the New York County Clerk's Office on October 7, 2003, in the amount of $26,103.00 plus interest, under Index Number 19504-89-02E, Docket Number 19504-89-02E, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

      8.      The judgment entered pursuant to an action in the Family Court of the State of New York, New York County, Child Support Enforcement Term, entitled *Commissioner of the Department of Social Services on behalf of Valerie Boutreau v. James Russo*, docketed in the Richmond County Clerk's Office on November 18, 2003, in the amount of $26,103.00 plus

interest, under Index Number 19504-89, Docket Number 19504-89-02E, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

9.    The judgment in favor of the New York City Department of Finance on behalf of the New York City Environmental Control Board against "J. Russo"bearing Number 0135997016, issued at 58-54 198th Street, Queens, New York, on November 10, 2003 and docketed in April 2004, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

10.    The judgment in favor of the New York City Department of Finance on behalf of the New York City Environmental Control Board against "J. Russo, bearing Number 0109293939, issued at 27-15 Healy Avenue, Queens, New York, on May 5, 2000 and docketed in October 2000, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

11    The judgment in favor of the New York City Department of Finance on behalf of the New York City Environmental Control Board against "J. Russo, bearing Number 0111420742, issued at 250 Hillside Avenue, Queens, New York, on January 26, 2000, and docketed in July 2000, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

12.    The Verified Petition filed in the Supreme Court of the State New York, County of New York, entitled *In the Matter of the Application of Kareem Fauntleroy*, bearing Index No. 07/400650 brought against, among others, Police Officer James Russo, pursuant to the Freedom of Information Law, against the New York City Police Department, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

13.    The Verified Petition filed in the Supreme Court of the State New York, County of New York, entitled *In the Matter of the Application of John Covington*, bearing Index No. 07/402779 brought against, among others, Police Officer James Russo, pursuant to the Freedom of Information Law, against the New York City Police Department is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128..

14.    The Verified Petition filed in the Supreme Court of the State New York, County of New York, entitled, *In the Matter of the application of Billy Taylor*, bearing Index No.

4

07/402872 brought against, among others, Police Officer James Russo, pursuant to the Freedom of Information Law, against the New York City Police Department, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

      15.    An action commenced in the Supreme Court of the State of New York, County of New York, entitled *Richard Daniel v. Instant Whip New York Inc. and James Russo,* bearing Index Number 111416/2002, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

      16.    The Verified Petition filed in the Supreme Court of the State New York, County of New York, entitled *In the Matter of the Application of Maurice Walker,* bearing Index No. 07/405860, brought against, among others, Police Officer James Russo, pursuant to the Freedom of Information Law, against the New York City Police Department, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

      17.    An action commenced in the Supreme Court of the State of New York, County of New York, entitled *Edward Abayev and Saida Abayev v. James Russo and Ross Russo Plumbing,* bearing Index Number 112652/2007, is not against Plaintiff James Russo or Third-Party Defendant James A. Russo and is not a lien against the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York 10128.

Dated:    New York, New York
           February ___, 2008

                                                  _____
                                                      U.S.D.J.

                        This Document was entered on the docket on:

                                        _____

5

Exhibit E

RECYCLED

FEB-07-2008  09:23    QUALITY ASSURANCE UNIT

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY
----------------------------------------X

NEW YORK CITY DEPARTMENT
OF FINANCE,

                    Judgment Creditor,

            v.

JAMES RUSSO

_____

_____

_____

                    Judgment Debtor.
-----------------------------------------X

(1)
(NY only)

**SATISFACTION OF TAX WARRANT**

Re: SSN/EIN: _____

Warrant Number:   G0793408

Warrant Amount:   $10,268.16

Docket Date:      April 28, 2006

Tax type:         New York City Tax

A warrant having been filed on the above date in the Office of the Clerk of the above County by the Commissioner of the Department of Finance of the City of New York against the judgment debtor for the above sum, has been wholly paid or satisfied.

THEREFORE, satisfaction of said warrant is hereby acknowledged and the Clerk is hereby authorized and directed to discharge the same.

                    _____
                              WARRANT AGENT

STATE OF NEW YORK
COUNTY OF NEW YORK

            On the _____ day of _____, 200____, before me personally came
_____ to me known as the Warrant Agent of the Collection
Division, Department of Finance of the City of New York, and to be the same person described in and who executed this Satisfaction of Judgment and acknowledged to me that (s)he executed the same.

                    _____

Sworn to before me this _____ day of

_____, 200_____.

_____
        NOTARY PUBLIC

FINANCE LEGAL AFFAIRS Fax:          Feb 7 2008 01:48pm P002/002