UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JAMES RUSSO,                                          :          07 Civ. 5469 (WHP)
                                                      :
                Plaintiff,                          :          ORDER
                                                      :
   -against-                                         :
                                                      :
MP222 LLC et al.,                                     :
                                                      :
                Defendants.                         :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been settled, it is ordered that this action is discontinued without costs to any party. The Clerk of Court is directed to terminate any motions pending as of April 23, 2008 and to mark this case closed.

Dated:    April 23, 2008
             New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2008

*Counsel of record:*

Richard C. Agins, Esq.
Agins, Siegel & Reiner, LLP
386 Park Avenue South
Suite 1200
New York, NY 10016
*Counsel for Plaintiff*

Michael A. Katz, Esq.
630 Third Avenue
New York, NY 10017
*Counsel for Plaintiff*

Joseph H. Lessem, Esq.
Graubard Miller
405 Lexington Avenue
New York, NY 10174
*Counsel for Defendant MP222 LLC*

John Alvin Coleman, Jr., Esq.
Friedberg Cohen Coleman & Pinkas, LLP
444 Madison Avenue, Suite 805
New York, NY 10022
*Counsel for Defendant 222 East 95th Street Owners Corp.*

Kathleen Ann Zebrowski, Esq.
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007
*Counsel for Defendant IRS*

Marian Mass, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants Commissioner of Social Services of the City of New York and New York City Department of Finance*

Kristen M. Spooner, Esq.
Joseph T. Colasurdo & Assocs., P.C.
2900 Westchester Avenue
Purchase, N.Y.
*Counsel for Defendant Merrill Lynch Credit Corp.*