MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2710
FAX No.: (212) 637-2717



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES RUSSO,

                    Plaintiff,

- against -

MP222 LLC, 222 EAST 95th STREET
OWNERS CORP., COMMISSIONER OF SOCIAL
SERVICES OF THE CITY OF NEW YORK, NEW
YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, NEW YORK CITY DEPARTMENT
OF FINANCE, MERRILL LYNCH CREDIT
CORPORATION and the INTERNAL REVENUE
SERVICE OF THE UNITED STATES OF AMERICA,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                    Counterclaim, Crossclaim
                    and Third-Party Plaintiff,

- against -

JAMES RUSSO,

                    Counterclaim Defendant.

       -and-

MP222 LLC, 222 EAST 95th STREET
OWNERS CORP., COMMISSIONER OF SOCIAL

CONSENT JUDGMENT
THIRD-PARTY DEFENDANT
JAMES A. RUSSO

07 Civ. 5469 (WHP)

SERVICES OF THE CITY OF NEW YORK, NEW
YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, NEW YORK CITY DEPARTMENT
OF FINANCE, MERRILL LYNCH CREDIT
CORPORATION,

                        Crossclaim Defendants,

      and

JAMES A. RUSSO, JOHN DOES NOS. 1-10 and
JANE DOES NOS. 1-10,

                        Third-Party Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      WHEREAS, this action was commenced by plaintiff James Russo ("Russo") by Order to Show Cause dated May 21, 2007, in the Supreme Court of the State of New York, County of New York, seeking, inter alia, a declaratory judgment determining the ownership and judgments of record for the shares appurtenant to the proprietary leases to units 1, 2, 3 and 4 at 222 East 95th Street, New York, New York (the "Units") in connection with a proposed sale of the Units;

      WHEREAS, this action was removed to the United States District Court for the Southern District of New York by the defendant United States of America (the "United States" or the "Government") on June 8, 2007; and

      WHEREAS, on July 23, 2007, the United States filed an answer, counterclaim, crossclaim, and third-party complaint (the "Third-Party Complaint"), seeking, inter alia, a judgment against third-party defendant James A. Russo ("J. A. Russo") for unpaid federal income taxes (calculated as of March 12, 2008) as follows:

| Tax Period | Date of Assessment | Amount of Assessment |
|---|---|---|
| 1997 | December 19, 2005 | $ 16,736.12 |
| 1999 | January 9, 2006 | $ 45,171.86 |
| 2000 | November 28, 2005 | $171,847.00 |
| 2001 | December 5, 2005 | $165,560.80 |
| 2002 | February 6, 2006 | $246,656.48 |
| 2003 | November 29, 2004 | $121,943.07 |
| 2004 | February 13, 2006 | $268,833.29 |

and seeking a judgment against J. A. Russo for trust fund recovery penalties (calculated as to March 12, 2008) as follows:

| Tax Period | Date of Assessment | Amount of Assessment |
|---|---|---|
| September 2003 | July 17, 2006 | $23,444.69 |
| December 2003 | July 17, 2006 | $20,051.02 |
| March 2004 | July 17, 2006 | $14,330.76 |
| June 2004 | July 17, 2006 | $17,520.25 |
| December 2004 | July 17, 2006 | $22,143.56 |

and;

WHEREAS, there are additional assessments for trust recovery penalties (calculated as to March 12, 2008) as follows:

| Tax Period | Date of Assessment | Amount of Assessment |
|---|---|---|
| September 2001 | February 19, 2007 | $ 5,116.12 |
| December 2005 | February 19, 2007 | $28,143.56 |

NOW, on the signed consent of the attorney for the United States and J. A. Russo it is hereby

ORDERED, ADJUDGED and DECREED that the United States have judgment against J. A. Russo in the amount of $1,168,229.19, with interest from the date of judgment provided by law and that plaintiff have execution therefor, and it is further

ORDERED, ADJUDGED and DECREED, that the United States shall apply any

payments made toward the judgment first to the portion of the judgment representing trust fund recovery penalties (oldest period assessed first).

Agreed and Consented to:

Dated: New York, New York
~~March~~ April 3, 2008

_____
MICHAEL KATZ, ESQ.
*Attorney for James A. Russo*
630 Third Avenue - 23rd Floor
New York, New York 10017
Telephone No.: (212) 682-6260
FAX No.: (914) 232-8673

_____
JAMES A. RUSSO
*Third-Party Defendant*

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for the United States
of America*

By: _____
KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710

So Ordered:

_____
UNITED STATES DISTRICT COURT JUDGE
William H. Pauley III
4/23/2008

-4-